JUDGE FRANK MONTALVO



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 511 EAST SAN ANTONIO, EL PASO, TEXAS 79901

FILED
2019 SEP -9   AM 11: 23
WESTERN DISTRICT COURT
DISTRICT OF TEXAS
BY _____ MC
DEPUTY

## PETITION FOR VIOLATION OF PLAINTIFF'S RIGHTS

IN

# EP19CV0252

PAUL BENJAMIN CHUKA AYIKA,
PLAINTIFF,

VS

THE STATE OF TEXAS,
DEFENDANT,

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 511 EAST SAN ANTONIO, EL PASO, TEXAS 79901

## Table of Contents

[1]  Introduction-----------------------------------------------------------------Page 3

[2]  Allegation Common to all Counts---------------------------------------Page 5

[3] The Birthright Incarnation And Womb-Birth---------------------------Page 7

[4] Unchanging Law of Nature and Creation--------------------------------Page 10

[5] The Statement of Facts common To All Mankind---------------------Page 11

[6] The factual and legal background of Human Existence and Law----Page 13

[7] The Commandments To The Origin of Creation Mankind-----------Pages 19

[8] Law of Creation: First Created, Inheritance, On Mankind------------Page 27

[9] The Final QED---------------------------------------------------------------Page 39

[10] The Reason For The Reduce of Lifespan of 1000 yrs----------------Page  42

[11] Plaintiff's overall Inheritance From the Origin Of creation---------Page 55

[12] Plaintiff's Economy Inheritance From  The Origin of Creation----Page 64

[13]  Defendant's Violations, and facts in support of Violations--------Page 71

[14] Petition's Counts----------------------------------------------------------Page 76

[15] Motion For Permanent Injunction---------------------------------------Page 100

[16] Petition's Exhibits--------------------------------------------------------Page 109



JUDGE FRANK MONTALVO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
### 511 EAST SAN ANTONIO, EL PASO, TEXAS 79901

FILED
2019 SEP -9 AM 11: 23
CLERK U
WESTERN DIST
BY
OF TEXAS
DEPUTY

|  |  |  |
|---|---|---|
| Paul Benjamin C. Ayika | ) | |
| 7216 Desert Jewel Street | ) | |
| El Paso, Texas 79912 | ) | |
| Plaintiff, | ) | Case # |
| | ) | **EP 19 CV 0252** |
| Vs | ) | |
| | ) | Judge |
| The State Of Texas | ) | |
| Defendant, | ) | |

---

## PETITION FOR VIOLATION OF PLAINTIFF'S RIGHTS

COMES NOW, the Plaintiff Paul Benjamin Chuka Ayika and for its cause of action states and alleges the following to wits:

### INTRODUCTION

1. Plaintiff, Paul Benjamin Chuka Ayika, herein, files this his petition against the defendant for violation of Plaintiff's natural right, under the commandments of law of nature and creation, as well as, the Ninth Amendment to the United Stated Constitution. Both laws protect those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights. Plaintiff, herein, is invoking Plaintiff's unalienable rights in connection with natural law, otherwise, known as commandments of law of nature and creation.

2. These Plaintiff's rights were accorded to the Plaintiff by the Creator (God), during the creation of origin of mankind since five billion years ago. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

3. The commandments of law of nature and creation, otherwise, known as natural law, were adopted in the amendments to the United States Constitution. The Amendments are

now known as the Bill of Rights and were adopted and ratified in 1789 thus becoming a part of United States Constitution.

4. The Bill of Rights in connection with United States Constitution are expressing that the Creator (God) of mankind, in creating the universe, implanted a body of law to which all human beings are subject, which is superior to all countries constitutions, as the "rights" contained within the Bill of Rights are recognized.

5. Also, the Bill of Rights enumerated various natural rights which Plaintiff had since five billion years ago, during the creation of origin of mankind.  The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

6. These Plaintiff's inherent rights, statutes, privileges, authority and respect, during the creation of origin of mankind, since five billion years ago, were already protected under the commandments of law of nature and creation, which is known as natural rights. The Bill of Rights in connection with United States Constitution are instituted to protect Plaintiff's natural rights. Includes, right to religion, right to worship, rights to land and property, right to happiness, to mention but few. And prohibiting or abridging these Plaintiff's rights as well as to petition the Government for redress of grievances against the natural rights of Plaintiff, the first-man, the first-man of all creation, the creator's son, and other men.

7. It is within this context that the Ninth Amendment protect those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

8. United States Government is only 242 yrs old and Plaintiff is five billion years old. The U.S Constitution and Declaration of Independence was on July 4, 1776.  If you consider USA birthday as July 4th, 1776, then the United States will be 242 years old. The commandments of law of nature and creation, as well as, the creation of Plaintiff during the creation of origin of mankind was since five billion year old.  If you consider Plaintiff's, the first-man, the first-born of all creation, the creator's son, birthday as well as the commandments of law of nature and creation birthday, it will be five billion years old.

9. The constitution of the United States established American's national government and fundamental law, and guaranteed certain basic rights for its citizen. The commandments of law of nature and creation, established Creator's (God's) law, for the whole universe or the world, and guaranteed inherent rights, statutes, privileges, authority and respect for the creatures of the Creator (God), during the creation of origin of mankind. At the plan for the Creator's (God's) creatures, to have a stronger inherent rights, statutes, privileges, authority and respect, to ensure protection. The law of creation, explicitly stated that, the inheritance of rights, statutes, privileges, authority and respect, are according to "first created, first inherent rights.

10. According to fossil record timeline, Plaintiff is five billion years old. Before the Defendant, the constitution of the United States, and Federal laws was established, Plaintiff have already existed. And the commandments of law of nature and creation, do not permit Defendant to assume authority or speak or pass judgment over Plaintiff. However, the commandments of law of nature and creation, permits Plaintiff to assume authority or speak or pass judgment over Defendants, as Plaintiff was created first, then Defendants. In order words, before Defendants was, Plaintiff have been existed. As you read this Plaintiff's Petition for violation of Plaintiff's right, and what law that guaranteed Plaintiff's inherent rights, statutes, privileges, authority and respect. The answers to these will be found in the pages of this Plaintiff's Petition for violation of Plaintiff's rights.

11. Plaintiff, now comes, motion, the honorable Judge of the United States District Court, Western District of Texas, on Plaintiff's Petition for violation of Plaintiff's rights, statutes and privileges, which the Defendant have been taken away from Plaintiff. And to begin dealing with the origin of laws that guaranteed Plaintiff's inherent rights, statutes and privileges. Hence, Plaintiff, now, motion, The United States District Court, Western District of Texas, on the flowing original existing rights of Plaintiff.

## ALLEGATION COMMON TO ALL COUNTS

12. Plaintiff, now, motion this honorable Judge of the United States District Court, Western District of Texas, on Plaintiff's Petition for violation of Plaintiff's natural inherent rights, statutes, privileges, authority and respect, which the commandments of law of nature and creation, otherwise known, as natural law as well as the Ninth Amendment to the United States Constitution, protected these Defendant's natural inherent rights, statutes, privileges, authority and respect. The link between Plaintiff and Plaintiff's natural rights are clearly in connection with the creation of origin of mankind, under which, Plaintiff's inherent natural rights were recognized as the "first-born of all creation", the first-man, the creator's son, the "Christ".

13. The titles of "first-born of all creation" and "Christ" are the titles given to Plaintiff, the first-man, the creator's son, whom the Creator (God) created first, in reference to the

first-created man at the time of creation of mankind, or Plaintiff's position in the creation of mankind. The main point here is that, Plaintiff is the "first-born of all creation", the first-man, the creator's son, the Christ. After the creation of origin of mankind, Plaintiff's "death" and "incarnation", are connected with Plaintiff's continuation of life on earth, by the way of "incarnation" as a "promising-man".

14. Plaintiff is the "Office of Christ" and the "Head of all mankind", in references to the Creator's (God's) creation of mankind and reality. Plaintiff was created first during the origin of creation of mankind from the dust, since five billion years ago and has characteristics resemblance with the Creator's (God's) spirit.

15. In the event of creation of mankind, Plaintiff alone among living creature was gifted, like the Creator's (God's) spirit. Hence, Plaintiff's spiritual characteristics as the first-man, the first-man of all creation, the creator's son, during the creation of origin, were known as holy, simple, spotless, intelligence, knowledge, wisdom, peaceful, goodness and strong-will.

16. In this regard, holy means that, Plaintiff is set apart or like no other. The simple means that, Plaintiff is a unified being or one essence of spirit. The spotless means that, Plaintiff is without sin. The peaceful nature means that, Plaintiff is the peaceful one, full of meekness, obedient, humble, not of any forms of violence and Plaintiff is the peaceful one through whom peace can be achieved in the world, (Peace to the World). The goodness means that Plaintiff is all good and all perfect.

17. The Creator (God) created Plaintiff to be immortal, and made Plaintiff to be an image of the Creator (God) own eternity. Plaintiff, the first-man, the first-man of all creation, the creator's son, alone was endowed with "Reason", and capable of knowing and loving the Creator, (God); and of holding spiritual communion with the Creator (God), as priest, and to bear rule over the whole earth and mankind, as the Head of all humanity. Therefore, the commandments of law of nature and creation frequently stated that, "in this world or the world to come, during the creation of mankind, Plaintiff is the natural and legal head of all human race, an absolute "rights", Plaintiff acquired during the creation of origin of mankind.

18. In other words, "in this world", is connected with Plaintiff's designed maximum lifespan of 1000 years of regular life of old age on earth, that was planned by the Creator (God), as a purpose, for which "peace" was designed for mankind to the world. And "the world to come" is connected with subject to Plaintiff's incarnation and returning back to the earth again by the way of incarnation after the death of the body. Hence, under the commandments of law of nature and creation, otherwise known, as natural law, Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth.

19. Plaintiff was endowed with Reason, to engages in religious ideals (Priesthood) and to bear rule over the whole earth and nature (Head of mankind). This corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that: Plaintiff is "the first-man created by the Creator (God), and is the kind of most high priest the Creator (God) created for mankind, who is holy, innocent, pure, guiltless, undefiled, separated from sinners--".

20. According to the fossil record timeline, Plaintiff's physical creation, and within the origin of creation, Plaintiff was created, in the "body and spirit". The spirit part of Plaintiff's body, which has a link with the Creator never die. Therefore, Plaintiff's spiritual part, is part of being, that survives the death of the physical body.  Because, Plaintiff's spirit is in oneness with the Creator, and just as the spirit of the Creator (God) never dies, and it is so that Plaintiff's spirit never die.

21. In this regard, Plaintiff have mortal body that dies and has a immortal spirit that can never die.  Plaintiff's immortal spirit that can never die was designed by the Creator (God), in order, to prepare Plaintiff to continue endless life on earth, after the death of the body, and returning back to the earth again by the way of incarnation. Hence, from time of creation of mankind, since five billion years ago, Plaintiff's spirit has incarnated in the past as the "first-man of all creation", the creator's son, till the present day of mankind, as a "promising-man".  This corresponded to what the commandments of law of nature and creation, in respect of what is written, and states that: " Where the body is death, the spirit begins", because it is only the body is in danger of death as the spirit is built by the Creator (God) for "incarnation", to continue endless life on earth.

22. Since Plaintiff's creation, since five billion years ago, Plaintiff's "body" dies, through the process of death, and Plaintiff's surviving "spirit" continues the process of incarnation, and gradually grows a new body or made flesh, and become man in the womb of another parents, and of their flesh in order to be prepared for womb-birth, as a promising-man.

<u>The birthright Incarnation And Womb-Birth</u>

23. Because under Plaintiff's physical creation, and within the origin of creation, Plaintiff, the first-man, the first-man of all creation, the creator's son, was created, in the "body and spirit". The spirit part of Plaintiff's body, which has a link with the Creator never die. Therefore, Plaintiff's spiritual part, is part of being, that survives the death of the physical body. And, Plaintiff's spirit is in oneness with the Creator, and just as the spirit of the Creator (God) never dies, and it is so that Plaintiff's spirit never die.

24. In this regard, Plaintiff, the first-man, the first-man of all creation, the creator's son, , have mortal body that dies and has a immortal spirit that can never die.  Plaintiff's

immortal spirit that can never die was designed by the Creator (God), in order, to prepare Plaintiff to continue endless life on earth, after the death of the body, and returning back to the earth again by the way of incarnation. Hence, from time of creation of mankind, since five billion years ago, Plaintiff's spirit has incarnated in the past as the first-man, the first-man of all creation, the creator's son, till the present day of mankind, as a "promising-man".

25. Under the commandments of law of nature and creation, it is written that: " Where the body is death, the spirit begins", because it is only the body is in danger of death as the spirit is built by the Creator (God) for "incarnation". According to fossil record timeline, from the creation of origin, Plaintiff always return after death and live in the world, in the certainty and security of this "promise" by the Creator (God).

26. It means that, Plaintiff's incarnation of the spirit, is the creational process which, plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, must go through each one thousand year. After the designed maximum lifespan of 1000 years of old age and death. In order, to prepare for incarnation and womb-birth, after the origin of creation from the dust, during the time of creation. It is a process of creation that, the commandments of law of nature and creation, describes as "birthright" or "promising-man" In order words, it is creationally called the promising-man and traditionally called the birthright.

27. The protection of special inherent rights, statutes, privileges, authority and respect accorded to Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, under the commandments of law of nature and creation, which is known as natural law, in the origin of creation, are considered by law the same and inseparable from the origin of creation inheritance to which, Plaintiff, the first-man, inherited with that inheritance of womb-birth. This corresponded to what the commandments of law of nature and creation, in respect of what is written about the visit of the Magi, the three wise men, to the infant King Jesus who was the first coming of Christ, the creator's son, and states that: "Then, opening their treasures, they offered him gifts of gold, as he was a King, and frankincense as he was a priest, and myrrh for health.

28. In order words, the birthright incarnation and womb-birth of Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is referred to the protection of a special inherent rights, statutes and privileges accorded to Plaintiff, the first-man, under the commandments of law of nature and creation, in the origin of creation, to which, Plaintiff, the first-man, inherited. And subject to the process of incarnation and womb-birth, is considered by law, the same and inseparable from the origin of creation inheritance to which, Plaintiff, the first-man, inherited under the time of creation of mankind, since five billion years ago, with that inheritance via womb-birth, to which, Plaintiff, the first-man, will be inherited through by birth.

29. Under the commandments of law of nature and creation, the birthright incarnation and womb-birth of Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is referred to a special inherent rights, statutes and privileges to which, Plaintiff, the first-man, entitled under the time of creation of mankind, since five billion years ago, which continues and separable by the circumstance of incarnation and through Plaintiff's birth.

30. Plaintiff's birthright, is a continuation of protection of Plaintiff's inherent rights, statutes, privileges, authority and respect to which, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, was entitled under the time of creation of mankind, since five billion years ago, which continues and inseparable by the circumstance of incarnation and through Plaintiff's birth. Therefore, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ,, continues to be entitled with protection to Plaintiff's special inherent rights, statutes, privileges, authority and respect, accorded to Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ,, under the commandments of law of nature and creation, in the origin of creation and through Plaintiff's womb birth.

31. Hence, in the creation of origin, in accordance with the fossil record timeline and the commandments of  law of nature and creation, Plaintiff's death and incarnation, is creationally and traditionally known as a promising-man and birthright respectively.  The incarnation of Plaintiff's spirit, after Plaintiff's death, falls between one thousand years (1000 years).

32. It means that, Plaintiff's incarnation is the creational process, which Plaintiff  must go through each one thousand year, after Plaintiff's designed maximum lifespan of 1000years of regular life of old age and death, to prepare for incarnation and womb-birth, after the origin of creation from the dust, during the time of creation. According to fossil record timeline, from the creation of origin, Plaintiff always return after death and live in the world, in the certainty and security of this "promise" by the Creator (God).

33. Enclosed exhibit one, please find a special testimony from Rev. Fr. Michael, an expert in the nature of the gift of spirit and who has a gift of interpretation of human spirit with his interpretation of Plaintiff's spirit, and his understanding of Plaintiff's spirit as the first-man, the first-man of all creation, the creator's son, the Christ. In his testimony, he said, " Paul has in him a characteristics of the promising-man in the future, he is very intelligent, simple, friendly and very honest. Also, according to fossil record timeline and the commandments of law of nature and creation, it is declared that, Plaintiff is the heir to the earth.

34. The commandments of law of nature and creation, explicitly states that, the inheritance of earth is according to first of creation among all human beings, or the position in the creation of mankind, with Plaintiff, the first-man, the first-man of all

9

creation, the creator's son, the Christ, to be created, inheriting the planet earth before other human beings. The basis of inheritance on the earth, on the subject of the one who get to inherit the earth, the ruler, authority and priesthood, or who inherits all, are lead to the understanding of creation orderly law, or the position in the creation of mankind, that is well-known as, "first come, first inheritance".

35. According to fossil record timeline and the commandments of law of nature and creation, also, stated that, Plaintiff is the first-man, the first-man of all creation, the creator's son, the Christ, whom the Creator (God) first created before other men, and then woman". For that reason, the law stated that, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is "the head of every man". The law further stated that, the head of the woman is the first-man, the first-man of all creation, the creator's son, the Christ, and the head of the first-man is God".

36. The commandments of law of nature and creation, imposes restriction on the authority of any man or woman on earth over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and these restrictions are permanent in all times and places and circumstances as Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, was created first.

## The Unchanging Laws Of Nature And Creation

37. Every thing in the world is ruled by the commandments of law of nature and creation, which is known as natural law, that was given by the Creator (God), and mankind are thankful that it is so, for otherwise we would live in a world of chance, in a fearful uncertainty of what would happen next. In order words, without law of creation, there would be chaos and it would be survival of the fittest, and everymen for himself. The Creator (God) made certain decrees (laws) which are fixed and immovable. The Creator's commandments of law of nature and creation are impossible to change by humans.

38. For instances, the Creator (God) set the sun, the moon, and the stars in the heaven, and gave them their laws, conditions and bounds, which they cannot pass and they all move in perfect harmony in their sphere order, and are as lights, wonders and signs and order, and are as lights, wonders and sign unto humanity. In a similar way, the Creator (God) created Plaintiff, the First-man of all creation, the creator's son, and gave Plaintiff laws, conditions and bounds, which, Plaintiff, the First-man of all creation, the creator's son, cannot pass, so that, Plaintiff, the First-man of all creation, the creator's son, can live in perfect harmony or as a peaceful one on earth, to make certain Plaintiff's happiness.

39. Mankind are utterly unable to change the commandments of law of nature and creation, which is known as natural law. The Creator (God), who created this earth and

placed Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, upon it, gave unto Plaintiff, a law whereby Plaintiff might be saved and protected on earth. For there are a commandments of law given to the world, and all things are governed by that laws through the whole universe and whosever keeps the laws of the Creator (God), will be preserved by that laws, and will be receives whatever reward that laws guarantees to Plaintiff, and to all human beings.

40. Since from the time of creation, the commandments of law of nature and creation, which is known as natural law, are universal and legal law system of mankind. For the rules of commandments of law of nature and creation, were formed first and then later the constitution, the administrative law, of every nation or state. Traditionally and historically, the commandments of law of nature and creation, which have exercised a profound influence on recognizing inherent right of mankind, since five billions years of creation of mankind, have been incorporated into every country or nation constitution, the administrative law.

41. The inherent rights, statutes, privileges, authority and respect which human beings acquired from the commandments of law of nature and creation can not be restrained by any law under government constitution, the administrative law. Because, the commandments of law of nature and creation, was formed first five billion years after the creation of the earth. And, characteristically, upholding the laws of mankind that are supreme and above the laws of the constitution, the administrative law of every country.

---

### The Statement of Facts Common To All Mankind

---

42. According to fossil record timeline and the commandments of law of nature and creation, Plaintiff, is the first-man, the first-man of all creation, the creator's son, the Christ. The link between, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ,, as the head of states of the world, for the reason of precept, and the commandments of law of nature and creation, as well as the Ninth Amendment to the United States Constitution, are exactly clear in this petition. In this Plaintiff's petition, the following facts and laws about Plaintiff must be understood.

43. The fact of the law is that, Plaintiff is also clearly called "Christ", the first-man, the first-man of all creation, the creator's son. The title of Christ is a description of the first-created "man" at a time of creation of human being, base on the position in the creation of mankind. Meaning, the "first created" over all creation in relation to human creation. Hence, Plaintiff is called "Christ" because Plaintiff was the first-born over all creation. Thereinafter, the word "Christ" is a title given to "the first-born of all creation", the first-man, the creator's son.

44. From the origin of creation, the office of the " Earth Headship" and "Priesthood of the Creator" belonged to Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, by having the first position over other creatures in relation to creation of mankind. Since the origin of creation, Plaintiff enjoyed priority of inherent rights, statutes, privileges, authority and respect over all creatures, as first-born, the first-man, the first-man of all creation, the creator's son, the Christ. In order words, Plaintiff inherited the first-born inherent rights, statutes, privileges, authority and respect, as Plaintiff was the first in creation and can do anything that pleases him.

45. For this reason, the commandments of law of nature and creation, limit other men from all authorities over Plaintiff, as Plaintiff is the first-man, the first-man of all creation, the creator's son, the christ,. The deepest root of the commandments of law of nature and creation, for the reason of precept, are to remind mankind that, in order of creation, or the position in the creation of mankind, there is a law of subordination or submission of mankind, in relation to order of human creation or the position in the creation of mankind.

46. The law of submission does not only applies to women, but also to other men toward Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ. The law imposes restrictions on the authority of other men or women over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him.

47. Generally, Plaintiff, the first-born of the Creator (God), the Creator's son, is the first-man, whom the creator made during the time of creation of mankind by having the first position over other creatures in relation to order of human creation. Hence, Plaintiff, the first-man, the creator's son, is described as first-born of all creation or the first-born over all creation.

48. According to the commandments of law of nature and creation, since Plaintiff is the first-man, the Creator's son, Plaintiff have the first position over all creatures, to enjoy priority of inherent rights, statutes, privileges, authority and respect as the head of humanity. Also, Plaintiff is the one and only priest of the Creator (God). And, not only priority as head of all humanity but the one and only priest of the Creator (God), and superiority in al inherent rights, statutes, privileges, authority and respect in regarding to mankind and can do anything that pleases him.

49. Therefore, this universal commandments of law of nature and creation, upon Creator's original order of inherent rights, statutes, privileges, authority and respect during the creation of origin, for the reason of the precept, which limit the authority of other men over Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, are very significant and important, among all human beings. Because, the laws show who to be in inherent rights, statutes, privileges, authority and respect. Also,

significant for exclusive rights of inheritance for Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, over other human beings.

---
The Factual And Legal Background Of Human Existence & Law
---

[1]  Plaintiff's Own Creation From The Origin:

50. The commandments of law of nature and creation, which is known as natural law, teach mankind that the Creator (God) who made the universe does not have a physical make-up, but has spiritual make-up that associated with knowledge, wisdom, or intelligence, simple, eternal, immutable and omnipotent.

51. In this regard, simple means that, the Creator (God) is a unified being and has one essence of spirit. The eternal means that, the Creator (god) existence will never end. The immutable means that, the Creator (God) existence is unchanging.  The omnipotent means that, the Creator (God) is all powerful and is able to create life itself and can do anything that pleases Him.

52. This means that, the essence of the Creator (God), his make-up, is immaterial or it can be translated as "spirit", and does not have flesh and bones. Hence, the first characteristics of mankind's Creator (God) is that, the Creator is spirit and is omnipotent, and is able to create life itself.

53. The Creator (God) designed everything on earth from the dust of the earth to the finest cell in human bodies and to the grandest star in the entire earth.  The Creator (God), made Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, in a bodily and spiritual form, the form in which the Creator (God) wished to reveal Himself. The image of the Creator (God) is known to all mankind through Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first during the creation of origin. In other words, there is something about Plaintiff's, the first-man, the first-man of all creation, the creator's son, the Christ, human body, during the creation of origin, which is uniquely appropriate to Creator's (God's) manifestation of Himself.

54. According to fossil record timeline and the commandments of law of nature and creation, which stated that,  in the beginning of creation, since five billion years ago, "the Creator (God) made or created everything according to the Creator's "Perfect Plan", that can never be changed".

55. In the first stage of Plaintiff's creation, the Creator (God) created Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, from the dust of the earth

and breath upon Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, the Creator's spirit of life, and Plaintiff was made flesh, and become man, and Plaintiff have both "body" and spirit". It means that, Plaintiff, the first-man, the first-man of all creation, the creator's son, have both physical and spiritual make-up.

56. In the second stage of Plaintiff's creation, the Creator (God) designed Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, in a way that, after Plaintiff's designed maximum lifespan of 1000 years of regular life of old age and the death of plaintiff's body.  Plaintiff would return back to earth by the way of incarnation of Plaintiff's spirit.

57. Overall, according to the fossil record timeline, Plaintiff's physical creation, and within the origin of creation, Plaintiff was created, in the "body and spirit". The spirit part of Plaintiff's body, which has a link with the Creator never die. Therefore, Plaintiff's spiritual part, is part of Plaintiff being, that survives the death of the physical body. Because, Plaintiff's spirit is in oneness with the Creator, and just as the spirit of the Creator (God) never dies, and it is so that Plaintiff's spirit never die.

58. Hence,  this corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that: " Where the body is death, the spirit begins", because it is only the body is in danger of death as the spirit is built by the Creator (God) for "incarnation", after 1000yrs of the death of the body. The incarnation occurs one thousand years after the death of Plaintiff's body.  This is the time it will take for Plaintiff's spirit to incarnate after the death of the body.

59. The overall meaning in this regard is that, Plaintiff have mortal body that dies and has a immortal spirit that can never die.  Plaintiff's immortal spirit that can never die was designed by the Creator (God), in order, to prepare Plaintiff to continue endless life on earth, after the death of the body, and returning back to the earth again by the way of incarnation. Hence, from time of creation of mankind, since five billion years ago, Plaintiff's spirit has incarnated in the past as the first-man, the first-man of all creation, the creator's son, the Christ.

60. From time of creation of mankind, since five billion years ago, Plaintiff's spirit has incarnated in the past as the first-man, the first-man of all creation, the creator's son, the Christ, till the present day of mankind, as a "promising-man". Hence, Plaintiff, Paul Benjamin C. Ayika, is the very first-man the Creator (God) created since five billion years ago.

61. The Creator (God) created Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ,, and gave these cycles, laws, conditions and bounds which Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, cannot pass.  There are designed by the Creator (God) to prepare Plaintiff, the first-man, the first-

man of all creation, the creator's son, the Christ, to continue endless life on earth, as a promising-man.

62. In each one thousand year, after the death of Plaintiff's "body". Plaintiff's "spirit" is prepared to live forever by the way of incarnation, and at same time, the human parents also prepare the womb for Plaintiff's birth, and of their flash, and to become man or promising-man or the next coming of the first-man, the first-man of all creation, the creator's son, the Christ.

63. It is equally important to know that, Plaintiff's spiritual characteristics, are the very characteristics of the Creator's nature that constitute what Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, took from the Creator (God) to became man during the origin of creation. Meaning that, in the creation of origin, Plaintiff's true characteristics nature was known as holy, simple, spotless, intelligence, knowledge, wisdom, peaceful one, goodness and strong-will.

64. In this regard,  holy means that,  Plaintiff is set apart or like no other. The simple means that, Plaintiff is a unified being or one essence of spirit.  The spotless means that, Plaintiff is without sin. The peaceful nature means that, Plaintiff is the peaceful one, full of meekness, obedient, humble, not of any forms of violence, because it is through and by Plaintiff that peace can be achieved to all mankind ( Peace to the World). The goodness means that, Plaintiff is all good and all perfect.

65.  In the third stage of Plaintiff's creation, the Creator (God) designed Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, in a way that, Plaintiff will undergo a spiritual rebirth through the age of 30. It is a process of creation that describes many key characteristics of Plaintiff in the origin of creation. Hence, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, has many characteristics that came from the origin of creation.  It is Creator's (God's) plan, that at the age of 30, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, will be transformed and become a truly new man, a process that is well known as a born again man. It is a built-in creation, during which Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, will be renewed and changed to a new life at the age of 30.

66. It is a kind of spiritual transformation that describes how the Creator (God) created Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, to begin a process of a heartfelt repentance at the age of 30, in order, put off the old Plaintiff's deeds, and put on the new Plaintiff's deeds as a new man, so as to be renewed in knowledge and in the spirit to the service of the Creator (God). In other words, the Creator (God) created plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, at the age of 30, to put away a former way of life and to be renewed and changed in the spirit with new self and bond of perfection.

67. Such a spiritual transformations are indeed part of creation at the time of Plaintiff's creation, awaiting discovery and their proper use by Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, at the age of 30. It is also indeed part of creation that will borne a great sign in Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, toward bearing witness of Plaintiff's identity as the first-man, the first-man of all creation, the creator's son, the Christ. This kind of spiritual transformation can only happen to Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ.

68. Since, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is predestined to be conformed to this spiritual transformation at the age of 30, according to the work and purpose of the Creator (God). Hence, this built-in creation of spiritual transformation of Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, happened to Plaintiff in Houston, Texas, in July of 1985, at the age of 30, as was promised by the Creator (God). It was a kind of spiritual transformation which everyone around Plaintiff noticed.

69. And Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, was changed in some noticeable but nonetheless profound way. Plaintiff's desires and ambitions to know and serve the Creator (God) was changed in the process as well. This corresponded to what the testimony from Rev. Fr. Michael, an expert in the nature of the gift of spirit, in respect of what is written about Plaintiff's spiritual transformation and states that: " Paul has in him a characteristics of the promising-man in the future. In this regard, it means that, Plaintiff will undergo many changes with increasing age. And these changes will be noticeable to all, for the work and purpose of the Creator (God). In respect of Plaintiff's characteristics of the promising-man, the first-man, the first-man of all creation, the creator's son, the Christ, which Plaintiff has in him. Includes: holy (unblemished, spotless), a complete change of appearance into spiritual state of glowing with light in prayer (transfiguration), spiritual transformation, increase in wisdom with increasing age, to mention but few. These key Characteristics of me, the promising-man, the first-man, the creator's son, in the origin of creation. Namely, the spiritual transformation, the spiritual transfiguration and holy (unblemished, spotless) are directly linked to the spiritual creation of me, the first-man, the creator's son, in the origin of creation, with the spirit of the Creator (God). This connection continued to depict not only to serve as a visible sign toward recognizing the characteristics traits of promising-man, but the true knowledge of the Creator (God).

70. Hence, this corresponded to what the commandments of law of nature and creation, in this respect, when Plaintiff put off old deeds and put on the new deeds at the age of 30, and states that: "Therefore, Plaintiff, who is the first-man, the first-man of all creation, the creator's son, the Christ. Hence, is now a new creature. The old has passed away and the new has come".

71. Since this kind of spiritual transformation can only happened to Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ. According to fossil record timeline, and from the creation of origin, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, always undergo a spiritual rebirth through the age of 30 and live in the world, in the certainty and security of this "promise" by the Creator (God).  This quad erat demonstrandum, (QED), convey the conclusion of a formal proof to indicate that, Plaintiff, is the first-man, the first-man of all creation, the creator's son, the Christ.  And that which was to be demonstrated and has been proved.


[2]  The Creation of other Mankind from origin:

72.  In similar fashion, during the origin of creation of mankind, Eve, the Woman, the second creation of the Creator (God), was created from Plaintiff's rib, the first-man's ribs. And because the Creator (God), did not breath upon Eve, the Woman, the Creator's holy spirit of life. It means that, Eve, the Woman's spiritual make-up, and the true characteristics nature of woman was known as evil nature.

73.  In this regard, in the creation of origin, the true characteristics nature of Eve, the woman, was known as disloyal, seductive, weak-willed, prone to temptation, untrustworthy, non-peaceful nature, without knowledge, without wisdom, without intelligence, "bad spirit" and weak-power  of the Creator were with her permanently. Eve was a imperfect woman or a imperfect creature of the creator after her creation.

74.  With respect to the fossil record timeline, the first creation of the Creator (God), the Creator's son, was called Adam, the man. Since, during the creation of mankind, the Creator (God) created Plaintiff, the first-man, the first-man of all creation, the creator's son, from the dust of the earth and breath upon Plaintiff, the first-man, the first-man of all creation, the creator's son, the Creator's spirit of life. The Plaintiff, the first-man, was spiritual and all good. The state of purity of Plaintiff, the first-man was holy.

75.  While the second creation of the Creator (God) was called Eve, the woman. Since, during the creation of mankind, Eve, the second creation of the Creator (God), was created from the man's rib. And, Eve, the woman was spiritual and all bad. The vitiated state of Eve, the woman was sinful nature. As population of mankind grew between the first creation of the Creator (God), Adam, the first-man and the second creation of the Creator (God), Eve, the woman. The human offspring were blemished with the sinful nature of  the second creation of the Creator (God), Eve, the woman.  In order words, the vitiated state of the second creation of the Creator (God), Eve, the woman gave rise to the sinful nature of human offspring.

76. In reference to the facts that, Mankind are utterly unable to change the commandments of law of nature and creation, and because of disobedience to the

commandments of law of nature and creation, Plaintiff's name that was called Adam, the first-man, the first-man of all creation, the creator's son, has undergone change throughout human creation history. Prior to the destruction of the world, Plaintiff's name was called Adam, due to the facts that Plaintiff was created first before women during the origin of creation.

77. However, following the disobedience in the Creator's commandments of law of nature and creation, which led to the destruction of the world with flood, Plaintiff's name, the first-man, the first-man of all creation, the creator's son, was change to "Christ" in reference to the obedience to the Creator's commandments of law of nature and creation.

78. According to the fossil record timeline, It is also known prior to the destruction of the earth, that there is a list of names of individual who has incarnated in the past as the incarnation of the first-man, the first-man of all creation, the creator's son, from the time of the creation of origin till the destruction of the world with flood, when there was no writing.

79. However, during this time, our time, after the destruction of the world with flood, the following list of names of individual who has incarnated as the first-man, the first-man of all creation, the creator's son, the Christ, is entirely on the record, namely, Jesus of Israel, the first coming of Christ, the first-man, the first-man of all creation, the creator's son. And, Plaintiff, Paul Benjamin Chuka Ayika of Nigerian, the second coming of Christ, the first-man, the first-man of all creation, the creator's son, bringing forth with the true original spiritual characteristics nature of the first-man, the first-born of all creation, the creator's son, since five billion years after the creation of mankind, which is known as holy, simple, spotless, intelligence, knowledge, wisdom, peaceful, goodness and strong-will.

80. In reference to promise of life which was designed by the Creator (God) to prepare, Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, to continue endless life on earth, as a promising-man and birthright, there are many characteristics traits, which during the creation of origin accorded to Plaintiff by the Creator (God), that constitute what Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, took from the Creator (God) to become "man" during the origin of creation.

81. There are very important traits as well as special manifestation of natural gift granted to the Plaintiff, consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be known as "holy" or a trait of "holiness". Hence, this corresponded to what the commandments of law of nature and creation, in this respect states that: during the creation of origin, the first-man, the first-man of all creation, the creator's son, the Christ, alone among living creature was gifted and "holy". Also, this corresponded to what the commandments of law of nature and creation, in respect of what

is written about the annunciation of birth of Jesus, who was also the first-man, the first-man of all creation, the creator's son, the Christ, and stated: "And so the child will be holy and will be called Son of the Creator ( God)".

82.  It is a process of creation that, the commandments of law of nature and creation describes as "birthright" or "promising-man", which are visible characteristics traits that will be seen as a sign of an inward of natural gift, consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be known as "holy" or a trait of "holiness" toward bearing witness of Plaintiff's identity, in recognizing Plaintiff as the first-man, the first-man of all creation, the creator's son, the Christ.  By or to, all those who have received the gift of an expert in the nature of the gift of spirit and who has a gift of interpretation of human spirit.

83.  These characteristics traits are efficacious visible signs of nature which Rev. Fr. Michael, an expert, used to recognize, the Plaintiff, as the Promising-man, the first-man, the first-man of all creation, the creator's son, the Christ.   In his testimony, he concluded that, Plaintiff, Paul, has in him a characteristics of the promising-man in the future. He stated that, ---"he is very intelligent, simple, friendly and very honest".

84.  These characteristics traits, are features or quality belonging typically to Plaintiff, serving to identify Plaintiff, are what Rev. Fr. Michael recognized as "holy", which served in identifying Plaintiff. Since these kind of visible characteristics traits can be seen as a visible sign toward recognizing only the characteristics traits of a promising-man, the first-man, the first-man of all creation, the creator's son, the Christ.  Then, Plaintiff is the first-man, the first-man of all creation, the creator's son, the Christ, and this is QED.  This quad erat demonstrandum, (QED), convey the conclusion of a formal proof to indicate that, Plaintiff, is the first-man, the first-man of all creation, the creator's son, the Christ. And that which was to be demonstrated and has been proved.

### The Commandments To The Origin Of Creation of Mankind

Plaintiff's Position In The Creation of Mankind:

85.   The commandment to the origin of creation of mankind is a rule of action or behavior obtain from the human's creation.   It is a Creator's authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created, first inherent rights". In accordance to the fossil record timeline, Plaintiff's name, the first-man, the first creation of the Creator (God), the Creator's son, was called Adam, the man.  While the second creation of the Creator (God) was called Eve, the woman.

86. Therefore, the earth was created in an orderly plan, or the position in the creation of mankind, and the basis of this orderly creation of mankind leads to the commandments of rule of law of nature and creation, whereby certain inherent rights, statutes, privileges, authority and respect are legally recognized based according to "first come, first inheritance right" basis. These rules of the commandments of law of nature and creation, have exercised a profound influence on recognizing inherent right of mankind since five billion years of creation of mankind.

87. The commandment of rule of law of nature and creation, is a law of rules of action and conduct prescribed by the Creator (God) and having binding legal force that must be obeyed and followed by all mankind. It is universal standards of commandments of law that apply to all mankind throughout all times and all ages.

88. The fossil record timeline stated, that Plaintiff, the Man, the first-man, the first-man of all creation, the creator's son, was created first, and Eve, the Woman, was created second. For the reason of the precept, the commandments of law of nature and creation stated that, " the head of every man is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ. And the head of the woman is Plaintiff, the Man, the first-man, the first-man of all creation, the creator's son, the Christ and the head of Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is the Creator (God). The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

89. The Creator's authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created, first inherent rights", stated that, " Plaintiff, the Adam, the man, the first-man, the first-man of all creation, the creator's son, the Christ was created first, and then Eve, the woman", the second.

90. However, this original order of creation which applies to the Plaintiff, Adam, the man, the first-man, the first-man of all creation, the creator's son, the Christ, holds good for all men; and that which applies to Eve, the woman, holds good for all women. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

91. In this regard, the order of creation of mankind, or the position in the creation of mankind, for the reason of the precept, stated that, mankind enjoyed priority of inherent rights, statutes, privileges, authority and respect, in relation to the order of human

creation, or the position in the creation of mankind, according to first of creation among human beings with Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, inherited the first-born of inherent rights, statutes, privileges, authority and respect.

92. Then, other men inherited the second privileges. And then, women inherited third privileges. In order words, the superiority in all privileges in regard to subordination and submission in relation to who have the first position of enjoying priority of natural inherent rights, statutes and privileges, authority and respect begin with Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ.

93. Then, second the other men. And then, third the women, in the accordance to the order of human creation or the position in the creation of mankind. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

94. Hence, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, inherited the first-born inherent rights, statutes, privileges, authority and respect, as Plaintiff was the first in creation. Then, second the other men. And then, third the women. For this reason, the commandments of law of nature and creation, limit women from all authorities or inheritances over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and other men.

95. The deepest root, of the commandments of law of nature and creation, for the reason of precept, are to reminded mankind that, in order of creation, or the position in the creation of mankind, there is a law of subordination or submission of the whole human beings in the accordance to the order of human creation, or the position in the creation of mankind. The law of submission does not only applies to women, but also to other men toward Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ.

96. The law imposes restrictions on the authority of other men over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

97. For this reason, in the original order of creation, or the position in the creation of mankind, and for the reason of precept, the commandments of law of nature and creation stated that, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

98. Also, the corollary commandments of law of nature and creation, also stated that, "I do not permit other men to assume authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff is the first-man, the first-man of all creation, the creator's son, the Christ, and was created first".

99. Again, the law stated that, "Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above every other men" as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

100. Likewise law stated that, "Plaintiff, the first-man, the first-born of all creation, the Creator's son, the Christ and other men are above every women. And the Creator (God) is above Plaintiff, the first-man, the first-born of all creation", the creator's son, the Christ. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

101. The commandments of laws of nature and creation, limit women from all authorities over Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, and other men. And women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and other men. These restrictions are permanent, in all times and places and circumstances as Plaintiff, the man, the first-man, the first-man of all creation, the Christ, was formed first, then women. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

102. Likewise, the commandments of law of nature and creation, imposes restrictions on the authority of other men over Plaintiff, the first-man, first-man of all creation, the Creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

103. For this reason, the commandments of law of nature and creation, limit other men from all authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ. And other men must learn to live in quietness and full submissive from all activities that other men are to carry out over Plaintiff, the first-man, the first-men of all creation, the creator's son, the Christ, as Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, was formed first, and then the other men. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

104. Also, this corresponded to what the commandments of law of nature and creation, in this respect, whereby certain rights and statutes are legally recognized based according to "first come, first inheritance right" basis, and stated that, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

105. Likewise, the commandments laws of nature and creation also stated that, "I do not permit other men to assume authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, as Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ was created first". Hence, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, is above every other men and can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

106. Likewise, Plaintiff, the first-man, the first-born of all creation, the creator's son, the Christ, and other men are above every woman. And the Creator (God) is above Plaintiff, the first-man, the first-born of all creation, the creator's son, the christ. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

107. Generally, the commandments of law of nature and creation stated that, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man, the first-man of all creation", the Creator's son, the Christ. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

108. Likewise the law stated that, "no inheritance taken by other men can be above the inheritance taken by the inheritance of Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ. Hence, this corresponded of Plaintiff, the first-man, the first-born of all creation, the creator's son, the Christ, having primogeniture inheritance right to inherit the entire earth. In the reason of law, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, inherited the first-born privileges as was the first in creation, as a blessing from the Creator (God). The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

109. This corresponded to what the commandments of law of nature and creation, in this respect, whereby certain rights and statutes are legally recognized based according to "first come, first inheritance right" basis, and stated that, "the laws do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ. As I, the first-man of all creation, the creator's son, is above all men and their laws". Since I was created first during the origin of creation of mankind, hence, and I can do anything that pleases me.

110. To this end, as Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above all men and their laws". Since, Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the

United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

111.   In order words, Plaintiff, the first-man, the first-men of all creation, the Creator's son, the Christ, is above any law that is made by other men in the world. However, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ,. is <u>not</u> above any law that is made by the Creator (God), as the Creator (God) is above Plaintiff, the first-man, the first-born of all creation, the Creator's son, the Christ. Therefore, Plaintiff, the first-man, the first-born of all creation, the Creator's son, the Christ, must obey all the commandments of law of nature and creation prescribed by the Creator (God).

112.   This corresponded to what the commandments of law of nature and creation, in this respect, and stated that, the law imposes restrictions on the authority of other men over Plaintiff, the first-man, first-man of all creation, the creator's son, the Christ.

113. These restrictions are permanent, in all times and places and circumstances as Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, was formed or created first and can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

114. Also, this corresponded to what the commandments of law of nature and creation, in this respect, and stated that, Plaintiff, " the first-man, the first-born of all creation, the Creator's son, the Christ, is far above any ruler or authority or power or leader or anything else, not only in this world but in the world to come".

115. As it is well noted from the beginning of creation, and in the commandments of the law of nature and creation, that, Plaintiff, the first-man, the first-man of all creation, the Creator's son, was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

116.   Many nations of the world, are under the violation of these commandments of laws of nature and creation, and have tricked Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, over Plaintiff's creation's right, into giving other

men and women equal right. In other words, many nation have stolen from Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, over Plaintiff's creation right. Normally, the right of the first position over other men and women in the accordance to the order of human creation, or the position in the creation of mankind.

117. As Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, has first position over other men and woman, and enjoyed priority of inherent rights, statutes, privileges, authority and respect over other men and woman in the relationship of creation of mankind or the creation of man and woman during the origin of creation. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

<u>Overview of Plaintiff's Inherent Rights, Privileges And Immunity</u>

118. Mankind have written tradition about our origins, and the fossil record timeline of mankind over five billion years, contained that, Plaintiff, the first-man, the first-man created by the Creator (God), the Creator's son, the Christ, has inherent rights, statutes, privileges, authority and immunities through the course of human creation.

119. In the creation of origin, according to fossil record timeline, it is affirmed that, the Creator (God) made the earth. The earth was in existence before Plaintiff, the "Man", the first-man, the first-man of all creation, the Creator's son, the Christ, whom the Creator (God) created first, of which Plaintiff is that the first-man, the first-man of all creation, the Creator's son, the Christ. The earth was ready for Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ,, to live, move, and have his being upon it, as Plaintiff's physical home. After the earth was created, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, was then created in a special way from the dust of earth, signify that Plaintiff was earth-born.

120. Plaintiff was created from the dust of the earth and the Creator breath upon Plaintiff His spirit of life, and Plaintiff have both "body" and "spirit". Therefore, in the creation of origin, Plaintiff's true characteristics nature as the first-man, the first-man of all creation, the Creator's son, the Christ,, was known as holy, simple, spotless, intelligence, knowledge, wisdom, peaceful, goodness and strong-will.

121. In this regard, holy means that, Plaintiff is set apart or like no other. The simple means that, Plaintiff is a unified being or one essence of spirit. The spotless means that, Plaintiff is without sin. The peaceful nature means that, Plaintiff is the peaceful one, full of meekness, obedient, humble, not of any forms of violence, as it is through and by Plaintiff that peace can be achieved to all mankind (Peace to the World). The goodness means that, Plaintiff is all good and all perfect.

122. Plaintiff, the first man the creator made first, and by having the first position over other creatures in relation to the creation of mankind, or the position in the creation of mankind. Hence, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ,, enjoyed priority of inherent rights, statutes, privileges, authority and respect, and superiority in privileges.

123. The basis of inheritance on the earth, on the subject of the one who get everything are lead to the understanding of creation orderly law, or the position in the creation of mankind, which is well-known as, "first come, first inheritance right".

124. The hereditary system in the beginning of creation, in accordance with the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, was first in line to be human being, subsequently, Plaintiff inherited the earth, headship, religion & priesthood, based in accordance with first come, first inheritance right basis. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

125. Under the commandments of law of nature and creation, Plaintiff is the heir to the entire earth, and the natural and legal head of all the human race based in accordance with first come, first inheritance basis. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

126. During the creation of origin, it is a decree of the Creator (God) that, Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, after Plaintiff's designed maximum lifespan of 1000nyears of regular life of old age and death of body. In order words, the total length of time, Plaintiff, the first-man, the first-man of all creation, the creator's son, the christ, is alive from the creation, from the dust of the earth.

127. It is generally noted that, after the process of death and incarnation, which occurs one thousand years after the death of Plaintiff's body. Then Plaintiff's spirit shall come back on earth, as Plaintiff's spirit is in oneness with the Creator (God), and just as the spirit of the Creator (God) never dies, and it is so that, Plaintiff's spirit never die. In this regard, Plaintiff has mortal body that dies and has a immortal spirit that never die.

128. This immortal spirit of Plaintiff that never die is noted as a visible characteristics traits that will be seen as a sign of an inward of natural gift of the characteristics traits,

consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be used as "holy" or a trait of "holiness".

129. These Plaintiff's visible characteristics of spirit, are Plaintiff's features or quality of spirit belonging typically to Plaintiff, serving to identify Plaintiff, and toward bearing witness of Plaintiff's identity, in recognizing Plaintiff as first-man, the first-man of all creation, the Creator's son, the Christ. By all those who have received the gift of an expert in the nature of the gift of spirit, and who has a gift of interpretation of human spirit.

Law Of Creation : First Created, First Inheritance,  On The Entire Life Of Mankind

130. The law of creation: "first to be created, first inherent right", is a built-in-creation law of the Creator (God) that carries with it, the reward of the Creator (God), which must be practice regularly and carefully by all mankind.  This law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), is an essential preparation of law, which the Creator (God) had as an intelligent purpose in creating mankind, for an extremely important activity, pertaining to significance of human existence, that will lead to life of happiness, honesty and trustworthy, in terms of dealing with mankind in daily basis.

131. This law of creation: "first created, first inherent right", has been introduced throughout mankind daily life, that should be part of mankind positive law, that will bring reward of success throughout mankind daily life. Hence, there is, then, in the entire law of mankind, a world of law that is not dependant on this law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God).

132. The application of the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), is part of mankind everyday law practice, known as the commandment of law of "first come, first serve", for improving any kind of mankind daily activities.

133. This commandment of law of "first come, first serve , is a positive law, that was created from the law of creation, in order to replace any form of negative law of mankind, that would have caused untold hardship, stress, wasted energies and abilities in mankind. In other words, mankind have been train to success by the Creator's (God's) law of creation, the built-in-creation of law.  This has been proven in the commandment of law of "first come, first serve"  system in all mankind daily life.

134. Since, the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), functions in the world of mankind daily life and remains alive in all mankind activities. Then, there is good reason to suppose that there is a way of

perceiving this law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), in all mankind activities.

135.  In fact, , this law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), is accounted for the daily law of mankind, especially in the family, sport, bank, post office, supermarket, to mention but few, in the way that is familiarly referred as "first come, first serve" basis.

136.  In order words, the Commandments of law of "first come, first serve", forms the basis, for alluding the right of someone, according to the position in the arrival of someone, as a law. According to the commandment of law of "first come, first serve" basis, or the arrival orderly of someone, or the position in the arrival of someone, on the basis of "first come and first serve", has a significant influence on the rights of someone, on basis of  arrival orderly of someone, or the position in the arrival of someone, in the family, sport, bank, post office, supermarket, to mention but few.

137.  The "first come, first serve law basis" is the application of the law of creation: "first  created, first inherent right", the built-in-creation law of the Creator (God), that automatically processes the "right" of someone by the arrival orderly of someone, or the position in the arrival of someone, on the basis of "first come, first serve".

138.  In order words, the basis of right of someone, on the subject of the one who get the right to be served or be a winner is lead to the understanding of arrival orderly law, or the position in the arrival of someone, that is well-known as, "first come, first serve". The rules of the commandment of law of "first come and first serve", trace its origin through the law of creation: "first created, first inherent right", in which first arrival of someone will be first in line to be served or be a winner, in terms of dealing with mankind in daily basis.

139.  In Sport, the structure of sport of mankind, is legally organized in the same way according to the law of the "first come, first winner". In order words,  the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), is applied by the orderly arrival of participants, or the position in the arrival of participants. The track and field sport, the worldwide international sporting event, is a running sport contests event, with more than ten participants.

140.  The participants who takes part in the running contests event, will claim to be a winner or victory, according to the rules of the commandments of law of "first come, first winner". In order words, a participant who takes part in the  running contest sport, claim to be a winner or victory in the contest by the orderly arrival of participants, or the position in the arrival of participants with the first arrival of participant, is first in line to be a winner or victory.

141. In Bank, Post office, Supermarket, etc., the act of serving individual is legally organized in the same way, according to the law of the "first come, first serve". In order words, the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), is applied in the customer services, by the orderly arrival of customers, or the position in the arrival of customers, with the first arrival of customer, is first in line to be a served, according to the rules of the commandments of law of "first come, first serve".

142. In The Family, the law of the "first come, first inheritance right" is applied in the inheritance rights in the family, by the birth orderly of male or son in the family, or the position in the birth of male or son in the family, with the first-son, male, who the family born first, is first in line to inherit the right of headship, priest and the entire property of the family.

143. It is the "right" of the first-born male or son, to inherit the right of priest, headship and entire property of the family over the younger male or son or in preference to young male or son siblings, according to the rules of the commandments of law of "first come, first inheritance right" basis. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

144. And just as the first-man, the creator's son, who the Creator (God) created first during the creation of mankind, as a result of the Creator's (God's) orderly plan of creation, or the position in the creation of mankind, on the basis of "first come, first inheritance right".

145. Who the Creator (God) created first, was first in line to inherit the right of priest, headship of mankind and the entire earth as his physical home.

146. And it so that, the first-born male or son in the family, who the family born first, is first in line to inherit the right of priest, headship and the entire property of the family as his physical home. This corresponded to what the commandments of law of nature and creation, in this respect, whereby certain rights and statutes are legally recognized based according to "first come and first inheritance right" basis, and stated that, "And that which applies to the first-man, the first-man of all creation, the creator's son, holds good for all men or the first-born male or son in the family". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

147.  In order words, just as the commandments of law of nature and creation, declared that, the man, the first-man, the first-man of all creation, the creator's son, who the Creator (God) created first during the creation of mankind, was first in line to inherit the right of priest, the headship of mankind and the heir to the earth and everything in it over other mankind, on the basis of "first come, first inheritance right".

148.  And it is so that, the first-born male or son in the family, is first in line to inherit the right of priest, the headship and the entire property of the family over to the younger males or sons siblings of the family, women and daughters, on the basis of "first come, first inheritance". This corresponded to what the commandments of law of nature and creation, in this respect, whereby certain rights and statutes are legally recognized based according to "first come and first inheritance right" basis, and stated that,   "And that which applies to the first-man, the first-man of all creation, the creator's son, holds good for all men or the first-born male or son in the family. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

149.  While, the first-man, Adam, the first-man of all creation, the creator's son, who the Creator (God) created first during the creation of mankind, was first in line to inherit the right of "Most High Priest" of the Creator (God).  The Creator (God) of mankind, appointed Adam, the first-man, the first-man of all creation, the creator's son, to this specified position of the "Most High Priest" of the Creator (God), on the basis of "first come, first inheritance right".

150.  This corresponded to what the commandments of law of nature and creation, in this respect stated that, "the law of creation: first created, first inherent right, is a built-in-creation law of the Creator (God) that carries with it, the reward of the Creator (God), in the orderly creation of mankind, or the position in the creation of mankind, on the basis of "first come, first inheritance right". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

151.  During the origin of creation, the first-man, the creator's son, who the Creator (God) created first, was first in line to inherit the right of priest.  The Creator (God) accorded the first-man, the first-man of all creation, the creator's son, the Christ, a characteristics traits, consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be used as "holy" or a trait of "holiness".

152. The Creator (God) accorded these characteristics traits to the first-man, as a reward of the Creator (God), for being first in line to inherit the right of the "Most High Priest". To be use, for sacrificial ritual or prayer or worship and deliverance of mankind from harm, ruin and reclamation of our shared human creation, includes restoring the intended maximum lifespan of 1000years of mankind.

153. Hence, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first during the creation of origin, became the only priest of the Creator's (God's), the "Most High Priest", and the only mediator between the Creator (God) and mankind, in order to make atonement for the wrong of mankind. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

154. However, on other hand, the priest of the first-born in the family is the "Most Lower Priest" of the Creator (God), in order to perform family rituals that differ by the degree to the priest of the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first during the creation of origin, who was first in line to inherit the right of the "Most High Priest" of the Creator (God). The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

155. The priest of the first-born of the family, offers prayer using the name of the "Most High Priest" of the Creator (God), on a regular basis for dinner time, bedtime, birthday and greeting of the visitors. The priest of the first-born of the family can not offer prayer without using the name of the "Most High Priest" of the Creator (God).

156. In order words, the first-born priest of the family, offers prayer under the name of the "Most High Priest" of the Creator to the Creator (God). The "Most High Priest" of the Creator (God), who the Creator (God) created first during the creation of mankind, is the only one who the Creator (God), appointed to this specified position of prayer or worship. Hence, the prayer of the man, the first-man, the first-man of all creation, the creator's son, the Christ, is the only prayer the Creator (God) is going to answer with a "yes" .

157. In order words, the "Most High Priest" of the Creator (God), who the Creator (God) created first during the creation of mankind, is the only prayer mankind expect answer from the Creator (God). Hence, the first-born priest of the family, must offers

prayer to the Creator (God), using the name of the "Most High Priest" of the Creator (God), so that, the prayers will be answered with "yes". This corresponded to what the commandments of law of nature and creation, in this respect, declared that, the first-man, the first-born of all creation, the creator's son, the Christ, has absolute sovereignty and rights over earth and all things on it".

158.   And, it is so that, the commandments of law of nature and creation, also declared that, the first-born male or son in the family has the right to inherit the headship, the priest and the entire property of the family over to the younger male siblings of the family, on the basis of "first come, first inheritance right".   The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

159.   In the family, the daughters are excluded from any form of inheritance or the rights of inheritance. Instead, are given in marriage. Because, the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God), functions in the world of mankind daily life and remains alive in all mankind activities. And, since during the origin of creation, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first, was first in line to inherit the right of any inheritance. This corresponded to what the commandments of law of nature and creation, in this respect stated that, "The law of creation: first created, first inherent right, is a built-in-creation law of the Creator (God) that carries with it, the reward of the Creator (God), in the orderly creation of mankind, or the position in the creation of mankind, on the basis of "first come, first inheritance right".

160.   And the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first, was first in line to inherit the right of any inheritance. And Eve, the Woman, the second creation of the Creator (God), was excluded from any form of right of inheritance, during the origin of creation of mankind, on the basis of "first come, first inheritance". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

161.   In reference to right of inheritance, the commandments of law of nature and creation,  excluded Eve, the Woman, the second creation of the Creator (God), from inheritance, during the origin of creation of mankind, on the basis of "first come, first inheritance right".

162.   According to the commandments of law of nature and creation, and with respect to the fossil record timeline, the first creation of the Creator (God) was called Adam, the

man, the first-man, the first-man of all creation, the creator's son, while the second creation of the Creator (God) was called Eve, the woman. Since Adam, was the man, the first-man, the first-born of the Creator (God), whom the Creator (God) created during the time of creation of mankind by having the first position over Eve, the woman, the second creation of the Creator (God).

163. Then, the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first, was first in line to inherit the right of any inheritance on earth over Eve, the Woman, the second creation of the Creator (God), on the basis of "first come, first inheritance right".

164. The rights of inheritance of the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first, includes, the rights of inheritance to the earth, headship, religion, priesthood, economy, to mention but few. And, Eve, the woman, the second creation of the Creator (God) was excluded from any form of inheritance. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

165. Since, the Creator (God) created Eve, the woman, the second creation of the Creator (God), from the man's rib, and the Creator (God) brought her to Adam, the man, the first-man, the first-man of all creation, the creator's son. In order words, Eve, the woman, the second creation of the Creator (God), was given in marriage to the man, the first-man, the first-man of all creation the creator's son. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

166. The deepest root, of the commandments of law of nature and creation, for the reason of precept, are to reminded mankind that, during the creation of mankind, Eve, the woman, the second creation of the Creator (God), was excluded from any form of inheritance. Instead, was given in marriage to Adam, the man, the first-man, the first-man of all creation, the creator's son. This corresponded to what the commandments of law of nature and creation, in this respect, whereby certain rights and statutes are legally recognized based according to "first come and first inheritance right" basis, and stated that, "and that which applies to Eve, the woman, the second creation of the Creator (God), holds good for all women".

167. Thereinafter, daughters or women in the family are given in marriage and are excluded from any form of right of inheritance in the family. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are

to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

168. The law of creation: "first created, first inherent right", is a built-in-creation law of the Creator (God) that, play an important direct role in regard to what is universal. And, it is legal commandment of law of nature and creation system of mankind that ensures protection of rights.

169. So, in marriage, the daughters or women are also excluded from rights of inheritance in the family. Since, Eve, the woman, the second creation of the Creator (God), lost the rights of inheritance to the man, the first-man, the first-man of all creation, the creator's son by the Creator's (God's) orderly plan of creation, or the position in the creation of mankind, on the basis of "first come, first inheritance right". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

170. There is, also, in the marriage between a man and a woman in the family. The brothers of the man, who are there during the time of marriage, are first in line to inherit already family member over the marrying woman, who is second in line to inherit family member in the family.

171. Hence, during the marriage between a man and woman in the family, the brothers of the man, are first in line to inherit the right of any inheritance over the marrying woman, who is second in line of becoming family member, on the basis of "first come, first inheritance right" basis, by orderly being member of the family or the position in being member of the family. This corresponded to what the commandments of law of nature and creation, in respect of the continuation of family name stated that, " daughters or women in the family are excluded from the rights of inheritance, instead are given in marriage". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

172. In Administration Of "Justice" over all mankind, the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), play an important direct role in regard to what is universal. And, it is legal commandment of law of nature and creation system of mankind, that ensures protection of rights of the man, the first-man, the first-man of all creation, the creator's son, the Christ, in regard to the administration of "justice" over all mankind.

173. According to the commandments of law of nature and creation, and with respect to the fossil record timeline, the first creation of the Creator (God) was called Adam, the man, the first-man, the first-man of all creation, the creator's son. Since Adam, was the first-born of the Creator (God), the man, the first-man, the first-man of all creation, the creator's son, whom the Creator (God) created during the time of creation of mankind by having the first position over other mankind.

174. Then, the first-man, the first-man of all creation, the creator's son, who the Creator (God) created first, was first in line to inherit the right of administration of "justice" on earth over all mankind. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

175. The deepest root, of the commandments of law of nature and creation, for the reason of precept, are to reminded mankind that, during the creation of mankind that, Adam, the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first during the creation of mankind, was accorded, this specified position of the "Most High Justice" of the Creator (God), on the basis of first come, first inheritance right.

176. This corresponded to what the commandments of law of nature and creation, conveying the conclusion of a formal proof that indicate that, the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first, during the creation of mankind, in regard to the administration of justice over all mankind under his jurisdiction, , and stated that, "When the first-man, the creator's son, the Christ comes, as king, he will be the judge of everyone, whether they are living or dead".  Just like country in the world has three layers of government, namely, federal, state, city government, where federal has jurisdiction over the other layers of government.

177. In the same way, in the creation of mankind, there are three layers of creation of mankind.  First, Adam, the man, the first-man, the first-man of all creation, the creator's son, whom the Creator (God) created first during the time of creation of mankind. Second, the other men. Third, women.

178. In the creation of mankind, Adam, the man, the first-man, the first-born of all creation, the creator's son, emerged first in the origin of creation.  Since, the man, the first-man, the first-man of all creation, the creator's son, was first in line to inherit the "Most High Justice" of the Creator (God), during the time of creation of mankind. Hence, the man, the first-man, the first-man of all creation, the creator's son, the Christ,

had different right by the creation orderly of mankind, or the position in the creation of mankind.

179. It is the "right" of the man, the first-man, the first-born of all creation, the creator's son, to inherit the "Most High Justice" of the Creator (God) on earth over the other men and women or in preference to other men and women, according to the rules of the commandments of law of "first come, first inheritance right" basis.

180. The commandments of law of nature and creation, established the responsibilities of other men and the responsibilities of women toward the man, the first-man, the first-born of all creation, the creator's son, the Christ, who the Creator (God) created first. Hence, the man, the first-man, the first-born of all creation, the creator's son, who the Creator (God) created first has jurisdiction over the other layers of creation of mankind, namely, other men and women.

181. This corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that, the man, the first-man, the first-born of all creation, the creator's son, the christ, who the Creator (God) created first, "is the righteous most high justice and all authority has been given to him" on earth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

182. The law of creation: "first to be created, first inherent right", the built-in-creation law of the Creator (God), which the Creator (God) had as an intelligent purpose in creating mankind. For an extremely important activity that pertaining to significance of human existence. That will bring reward of success throughout mankind daily life. Includes, life of happiness, honesty and trustworthy. In other words, mankind have been train to success by the Creator's (God's) law of creation, the built-in-creation of law, "first to be created, first inherent right".

183. This has been proven in the creation of the man, the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (God) created first during the creation of mankind, and was first in line to inherit the right of "Most High Justice" of the Creator (God) on earth.

184. The man, first-man, the first-born of all creation, the creator's son, the christ, was accorded, this specified position of the "Most High Justice" of the Creator (God), on the basis of first come, first inheritance right. To be use, for sacrificial ritual or prayer or worship and deliverance of mankind from harm, ruin and reclamation of our shared human creation. Includes, restoring the intended maximum lifespan of 1000years of

mankind, in order that mankind will be delivered. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

185. However, mankind in the past, have not follow, nor practice the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God), very regularly and carefully by changing of the law. Because of disobedience to the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God). The deliverance of mankind from harm, and ruin has diminished. The reclamation of our shared human creation and restoring the intended maximum lifespan of 1000years of mankind too has diminished. This corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that, "the wages of mankind not following, nor practicing the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God), very regularly and carefully by changing of the law, is death".

186. To this end, from the point of view of changing of the law. During the era of Jesus of nazareth, two thousand years in the past. Jesus of Nazareth, was also an individual who came as the first coming of Christ, the man, the first-man, the first-born of all creation, the creator's son, and was refused and denied the law of creation, the built-in-creation law of the Creator (God) which resulted to his crucifixion and the intended maximum lifespan of 1000years of Jesus of Nazareth diminished from 1000yrs to 33yrs. The deliverance of mankind from harm, and ruin and the reclamation of our shared human creation and restoring the intended maximum lifespan of 1000years of mankind diminished too. It was a great lost to mankind.

187. In spite of this great lost to mankind, Plaintiff, Paul Benjamin C. Ayika, is another most extraordinary example on the record, for mankind continuing, not to follow nor practice the law of creation, "first to be created, first inherent right", the built-in-creation law of the Creator (God) very regularly and carefully.

188. After the death of Jesus of Nazareth, Plaintiff, Paul Benjamin C. Ayika, during incarnation, emerged as an individual who come, as the second coming of Christ, the man, the first-man, the first-born of all creation, the creator's son. And, Plaintiff have been refused and denied the law of creation, the built-in-creation law of the Creator (God) which resulted in using force in the seizure of all Plaintiff bank account, which Plaintiff have for the maintenance of Plaintiff's ministry, The Second Coming Of Christ's Ministry.

189. And, Plaintiff, continuing to suffer setback from the deliverance of mankind from harm, and ruin and the reclamation of our shared human creation and restoring the intended maximum lifespan of 1000years of mankind.

190. If mankind follow the law of creation, the built-in-creation law of the Creator (God), very regularly and carefully, by not changing of the law, and into giving the man, the first-man, the first-born of all creation, the creator's son of our generation, or into giving the man, the first-man, the first-born of all creation, the creator's son of any generation, to inherit the right of the right of "Most High Justice" of the Creator (God) on earth, this may well change the deliverance of mankind from harm, and ruin and the reclamation of our shared human creation and restoring the intended maximum lifespan of 1000years of mankind. The first-man, the first-man of all creation, the creator's son, the Christ, has the official power to make legal decision and judgment to mankind.

191. According to the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God), the act of having the official power to make legal decision and judgment to mankind, or the right to enforce obedience to the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God) belong to the man, the first-man, the first-man of al creation, the creator's son, the Christ.

192. To this end, Plaintiff, Paul Benjamin C. Ayika, have the official power of authority and right to give orders. Including, the right to enforce obedience to mankind, to follow and practice the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), very regularly and carefully, for the deliverance of mankind from harm, and ruin. And the reclamation of our shared human creation and restoring the intended maximum lifespan of 1000years of mankind. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

The Final QED That Plaintiff Is The First-born Of All Creation, The Creator's Son, The Christ

193. This final quad erat demonstradum, is conveying the final conclusion of a formal proof to indicate that, Plaintiff, is the man, the first-man, the first-born of all creation, the creator's son, the Christ. During Plaintiff's birth in the family, Plaintiff was born as identical twins.  Plaintiff's twin brother's name is Peter Victor N. Ayika and Plaintiff's name is Paul Benjamin C. Ayika. While we look alike in sharing the same physical resemblance, but we are not necessarily indistinguishable.  The different between Plaintiff, and Plaintiff's twin brother, Peter Victor N. Ayika, is the creational hereditary traits which resulted in us, the identical twins, of having a different set of spiritual characteristics traits.

194. During our birth as a twin, Plaintiff, Paul Benjamin C. Ayika, shared a spiritual characteristics traits resemblance of the first-man, the first-man of all creation, the creator's son, the Christ. And, Plaintiff, have the spiritual characteristics traits, consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be used as "holy" or a trait of "holiness". These Plaintiff's visible characteristics of spirit is the first proof, that convey the conclusion of a formal proof to indicate that, Plaintiff, Paul Benjamin C. Ayika is the first-man, the first-man of all creation, the creator's son, the Christ.

195. These Plaintiff's features or quality of spirit belonging typically to Plaintiff, serving to identify Plaintiff, and toward bearing witness of Plaintiff's identity, in recognizing Plaintiff as the first-man, the first-man of all creation, the Creator's son, the Christ. By all those who have received the gift of an expert in the nature of the gift of spirit, and who has a gift of interpretation of human spirit.

196. It is these Plaintiff's features or quality of spirit belonging typically to Plaintiff, serving to identify Plaintiff, are what Rev. Fr. Michael recognized as "holy" in Plaintiff, which served in identifying Plaintiff.. Since these kind of visible characteristics traits can be seen as a visible sign toward recognizing only the characteristics traits of a promising-man, the first-man, the first-man of all creation, the creator's son, the Christ. Hence, , this trait of holiness, characterizes Plaintiff, as the first-man, the first-man of all creation, the creator's son, the Christ, who the Creator (god) created first during the creation of mankind.

197. Secondly, another proof, that convey the conclusion of a formal proof to indicate that, Plaintiff, Paul Benjamin C. Ayika is the first-man, the first-man of all creation, the creator's son, the Christ. In the respect of the birth orderly of twins, or the position in the birth of twin, with the twin who is born first, is first in line to inherit, the right of the first-born in the family.

198. In the family, the birth orderly of male or son, or the position in the birth of male or son, with the son who is born first, is first in line to inherit, the right of the first-born in the family. The same way, the birth orderly of twins, or the position in the birth of twin, with the twin who is born first, is first in line to inherit, the right of the first-born in the family.

199. In reference to the right of the first-born in the family. During the birth orderly of our twins, between Plaintiff and Plaintiff's twin brother, in determining rights in our twins birth, as we are born a few minutes apart.  Plaintiff's twin brother, was born first. In order words, Plaintiff's twin brother, Peter V. Ayika, was born first, and was first in line to inherit the right of the first-born in the family. And, Plaintiff, Paul Benjamin C. Ayika, was second in the birth orderly of our twins.

200. While, Plaintiff's twin brother, Peter V. Ayika, was born first, in the birth orderly of our twins, and Plaintiff, Paul Benjamin C. Ayika, was second in the birth orderly of our twins.   However, the law of creation: "first created, first inherent right", was introduced in the birth orderly of our twins.

201. Since, under the  commandments of law of nature and creation, Plaintiff, Paul Benjamin C. Ayika, shared a spiritual characteristics traits resemblance of the first-man, the first-man of all creation, the creator's son, the Christ, whom the Creator (God) created during the time of creation of mankind by having the first position over other mankind. The law explicitly required that, Plaintiff original existing right which was accorded to Plaintiff during the time of creation of mankind be retained.  Overall, Plaintiff, Paul Benjamin C. Ayika, retained the rights of inheritance of the first-man, the first-man of all creation, the creator's son, the Christ. This corresponded to what the commandments of law of nature and creation, in respect of what is written about the first-man, the right of first-man of all creation, the creator's, the Christ, and stated that, "in all things he hold the primacy".

202. Hence, Plaintiff, inherited the right of the first-born in the family. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution". Also, this corresponded to what the commandments of law of nature and creation, in respect of what is written about Jesus of Nazareth answer over his pre-existence, that translated that he existed before time, and stated, "Truly, truly, I say to you, before Abraham was born, I am".

203. So, Plaintiff,  inherited the right of the first-born in the family. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

204. In summary, in the event, when the first-man, the first-man of all creation, the creator's son, the Christ, is born with the first-born in the family.  The first-man, first-man of all creation, the creator's, the Christ, have a right of preference to inherit the right of the first-born in the family, as stated in the commandments of law of nature and creation, which in this respect stated that, " The man, the first-man, first-born of all creation, the creator's son, the Christ, is above all creatures of the Creator (God), during the creation of mankind".

205. In the event, when the first-born in the family is born first, the right of the first-man, the first-born of all creation, the creator's son, the Christ, which was accorded to the first-man, the first-born of all creation, the creator's son, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which the first-man, the first-man of all creation, the creator's son, the Christ, inherited with womb-birth.

206. In order words, the right of the first-born in the family, can not supersede, or replace, or displace, or take the place of the right of the first-man, the first-man of all creation, the creator's son, the Christ, previously in authority, during the creation of mankind. Because, before Plaintiff's twin brother was born, Plaintiff has already existed, during the creation of mankind. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

207. And, nothing contained herein in the birth orderly of twin, or the position in the birth of twin, shall be construed to prevent Plaintiff, Paul Benjamin C. Ayika, the first-man, the first-born of all creation, the creator's son, the Christ, from retaining the original right accorded to Plaintiff, during the creation of origin.

208. By this preference, Plaintiff, obtained a letter from my father, Mr. Dominic O. C. Ayika, that Plaintiff inherited the right of the first-born of the family. Also, by this preference, Plaintiff, obtained a letter of testimony, from Rev. Fr. Michael, an expert in the nature of the gift of spirit, in this regard stated that, " Paul has in him a characteristics of the promising-man in the future", which describe Plaintiff as the first-man, the first-man of all creation, the creator's son, the christ, who the Creator (God) created first during the creation of mankind.

209. And this is QED.  This quad erat demonstrandum, (QED), convey the conclusion of a formal proof to indicate that, Plaintiff, Paul Benjamin C. Ayika, is the man, the first-man, the first-man of all creation, the creator's son, the Christ.  And that which was to be demonstrated and has been proved. Enclosed please find the both testimony as Exhibit one and Exhibit two.

## The Reason For The Reduce In Mankind Lifespan of 1000 years

210. In the creation of origin, according to the commandments of law of nature and creation, and fossil record timeline, it is affirmed that, the Creator (God) made the earth. The earth was in existence before Plaintiff, the "Man", whom the Creator (God) created first. The earth was ready for Plaintiff, the first-man, the first-man of all creation, the

creator's son, to live, move, and have Plaitiff being upon it, as Plaintiff's physical home. After the earth was created, Plaintiff, the first-man, the creator's son, was created from the dust of the earth and the Creator breath upon, Plaintiff, , the first-man, the first-man of all creation, the creator's son, His spirit of life.

211. In other words, Plaintiff, the first-man, the first-man of all creation, the creator's son, was created in a special way from the dust of earth, signify that, Plaintiff, the first-man, the creator's son, was earth-born. The Creator (God) created, Plaintiff, the first-man, the first-man of all creation, the creator's son, to live and have a maximum lifespan of 1000 years after the creation from the dust, during the creation of mankind. The natural law, also known, as the commandments of law of nature and creation, the law of creation, in connection with the creation of origin of mankind, are expressing that the Creator (God) of mankind, in creating universe, implanted a body of law to which all human beings are subject.

212. The commandments of law of nature and creation, the law of creation, "first created, first inherent right", is a built-in-creation law of the Creator (God), that carries with it, the reward of the Creator (God), that will bring reward of success throughout the maximum lifespan of 1000 years the Creator (God) accorded to Plaintiff, the first-man, the first-man of all creation, the creator's son, during the creation of mankind. The creator (God) intended a maximum lifespan of 1000years for Plaintiff, the first-man, the creator's son.

213. The law of creation, "first created, first inherent right", is a built-in-creation law of the Creator (God). It is the law of the spirit of the Creator (God), which the first-man, the creator's son, received from the Creator (God) during the creation of origin. There are blessings the Creator (God) promised for obedience in the law of creation, the built-in-creation law of the Creator (God). If mankind follow the law of creation, the built-in-creation law of the Creator (God), very regularly and carefully, by not changing of the law of the spirit of the Creator (God). The deliverance of the first-man, the creator's son, from harm, ruin and restoring the intended maximum lifespan of 1000years will be delivered. This corresponded to what the commandments of law of nature and creation, in this respect of what is written about the human lifespan before the flood, and states that, "Methuselem age at death was 960 yrs".

214. There are curses the Creator (God) promised for disobedience in the law of creation, the built-in-creation law of the Creator (God). However, following the disobedience in the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), the law of the spirit of the Creator (God), which led to the destruction of the world with flood. The deliverance of the first-man, the creator's son, from harm, ruin and restoring the intended maximum lifespan of 1000years was diminished.

215. This corresponded to what the commandments of law of nature and creation, in this respect of what is written about the human lifespan following the disobedience in the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God), the law of the spirit of the Creator (God), which led to the destruction of the world with flood, and states that, "human lifespan following the disobedience in the law of creation has resulted to the intended maximum lifespan of 1000years of mankind to diminish from 1000yrs to 120yrs.

216. Also, this corresponded to what the commandments of law of nature and creation, in this respect of what is written about the curses on disobedience in the law of creation, the built-in-creation law of the Creator (God), and states that, " However, if you do not obey and do not carefully follow the  law of creation, the built-in-creation law of the Creator (God), all these curses will come on you and overtake you".

217. Hence, by trusting and obeying the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God), Plaintiff and mankind, will grasp the intended  maximum lifespan of 1000 years accorded to all mankind.  In order words, only those who abide and rest on the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God), will grasp the intended  maximum lifespan of 1000 years. The link between grasping the intended maximum lifespan of 1000 years and diminishing the intended  maximum lifespan of 1000 years, are clearly in connection with the fact that, mankind are utterly can not change the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God).

218. In reference, to the facts that, mankind are utterly can not change the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God), the intended  maximum lifespan of 1000 years, which the Creator (God), accorded to Plaintiff, the first-man, the first-man of all creation, the creator's son, and the rest of mankind, has declined sharply after the changing of law. In order words, because of disobedience to the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God), the intended  maximum lifespan of 1000 years has diminished, as mankind are in violation to the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God).

219. The violation to the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God), includes, first, the sacrificial worship to the Creator (God) that required only a company of men, that are qualify to "co-heir", in order to be exclusively devoted to this ministry. And by full approving women ministries during the sacrificial worship over the "Holy of Holies", has been impeded the reward of spiritual blessing of sacrificial worship to the Creator God).

220. Second, the violation to the commandment to the origin of creation of mankind on a rule of action or behavior, which is a Creator's authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created and first inherent rights. Hence, the violation to the commandment of law of nature and creation, the law of creation, the built-in-creation law of the Creator (God) by mankind, have cast fresh light on the reason why the intended  maximum lifespan of 1000 years has declined sharply afterwards

### The Commandments To The Origin Of Plaintiff's Priesthood And Worship

Plaintiff's Natural Characteristics Gift And Right:

221.  During the origin of creation, to each gender, the Creator (God) created, namely, "male" and "female" , there is particular manifestation of natural gift granted to each male and female to be used for the general good. To Plaintiff, first-man, the Creator's son, during creation of origin, there were many characteristics traits, which during the creation of origin accorded to Plaintiff by the Creator (God), that constitute what Plaintiff, the first-man, the creator's son, took from the Creator (God) to become "man" during the origin of creation.

222.   There are very important traits as well as special manifestation of natural gift granted to the Plaintiff, consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be known as "holy" or a trait of "holiness".

223. Hence, this corresponded to what the commandments of law of nature and creation, in this respect states that: during the creation of origin, Plaintiff, the first-man of all creation, the Creator's son,  alone among living creature was gifted and "holy", which are visible characteristics traits that will be seen as a sign of an inward of natural gift, for sacrificial ritual or prayer or worship which is expressing as a gift of saving salvation or a gift of sacrificial worship to the Creator (God), as Plaintiff's right.

224.  This corresponded to what the commandments of law of nature and creation as well as fossil timeline record, affirmed in respect of natural characteristics of the first-man of all creation, the creator's son, from the creation of origin, and stated: "but with the precious gift of the first-man, the creator's son, a gift of unblemished and spotless spirit". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

225. And to the female the Creator (God) created was given the gift of womb which is expressing as a gift of child bearing. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

226. Plaintiff, the first-man, the Creator's son, is nothing without Plaintiff's gift and right. And woman is nothing without her gift and right. In the commandments of law of nature and creation, there is judgment between the gift and offences or crimes. What it means is that, it is a crime for Plaintiff, the first-man, the creator's son, be worrying himself over caring a baby in the womb. Also, it is a crime for woman be worrying herself over carrying out ritual or prayer or worship to the Creator (God). Each gender, man and woman, should live according to the natural right and gift given to each individual by the Creator during the origin of creation.

227. Overall, according to the fossil record timeline and the commandments of law of nature and creation, Plaintiff, the first-man, the Creator's son, was created with a special characteristics trait of "holiness" to be used for sacrificial ritual or prayer or worship which is expressing as a gift of saving salvation or a gift of sacrificial worship to the Creator (God).

228. First, since, Plaintiff, enjoyed priority of inherent rights, statutes, privileges, authority and respect as the first-born of all creation, the creator's son, by having the first position over other creatures in relation to the creation of mankind, or the position in the creation of mankind.

229. Second, Plaintiff, was accorded with a special characteristics trait of "holiness" during the creation of mankind. Hence, the rights of the priesthood and worship belonged to Plaintiff, the first-born of all creation, the creator's son. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

230. In summary, to have inherent rights, statutes, privileges, authority and to qualify or to acquire a legal inherent rights, statutes, privileges, authority for sacrificial ritual or prayer or worship to the Creator (God), First, you must be a "man" created first during the creation of origin, by having or exercising the first position over other creatures in the accordance to the order of human creation, or the position in the creation of mankind. Second, you must be created with a special characteristics trait of "holiness" .

231.   Hence,  this corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that: Plaintiff is "the first-man created by the Creator (God), the Creator's son, and is the kind of high priest the Creator created for mankind, who is holy, innocent, pure, guiltless, undefiled, separated from sinners--".

232  Since Rev. Fr. Michael, an expert, recognized, the Plaintiff, first, as a promising-man, the first-man, of having a visible characteristics traits of holiness consisting of gift of unblemished, spotless, without defects, pure, undefiled, guiltless to be used for sacrificial ritual or prayer or worship to the Creator (God), that describes many key characteristics of Plaintiff, the first-man, the creator's son, in the origin of creation. And second, since plaintiff has in him a characteristics of promising-man, hence, Plaintiff is the first man the Creator (God) created first during the origin of creation, by having or exercising the first position over other creatures in the accordance to the order of human creation, or the position in the creation of mankind. Hence, the legal inherent rights, statutes, privileges, authority for sacrificial ritual or prayer or worship to the Creator (God) and priesthood belong to the Plaintiff, (QED).

233.   This quad erat demonstrandum, (QED), convey the conclusion of a formal proof to indicate that, Plaintiff, is the first-man of all creation, the creator's son, the Christ, and has the legal  inherent rights, statutes, privileges, authority for sacrificial ritual or prayer or worship to the Creator (God and priesthood . And that which was to be demonstrated and has been proved. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

234.   Plaintiff enjoyed priority of inherent rights, statutes, privileges, authority and respect,   in regard of spiritual communication to the Creator (God) and his first-born, the Creator's son. Thereinafter, Plaintiff, the first-man, the Creator's son, belonged to the Creator (God).  This implied priestly duties.

235.   Under the Commandments of law of nature and creation, Plaintiff, the first-born, the creator's son, has a priestly function to perform worship to the Creator God). Also, under the commandments of law of nature and creation, this extensive plan of sacrificial worship to the Creator (God) required that, only a company of men are qualify to "co-heir" with Plaintiff, the first-man of all creation, the creator's son, in order to be exclusively devoted to this ministry, as it is the right and natural gift of sacrificial ritual or prayer or worship given to Plaintiff, the "first-man", the Creator's son, by the Creator (God) during the origin of creation.

236. In this earth, to offer a sacrificial ritual or prayer or worship, It is the inherent rights, statutes and privileges and authority that only belong to Plaintiff, the first-man, the Creator's son, hence, and women are all time should not interfere with Plaintiff's gift as the first-man, the creator's son.

237. From the days of creation including prior to the destruction of the world with flood, religious sacrificial worship was taken from the first born male lamb, an animal unblemished, without defects. The male lamb without defects preeminently stand out as the natural gift of holiness granted to the first-man, the creator's son, for sacrificial ritual or prayer or worship which is expressing as a gift and right of saving salvation or a gift and right of sacrificial worship to the Creator (God).

238. As mankind continue the use of male lamb which is unblemished and without defects, at the same time, mankind also eagerly look forward to the coming of the Creator's (God's) first-born,, the creator's son, who has a trait of holiness, and this is a very important traits granted to the first-man, the creator's son, for sacrificial ritual or prayer or worship which is expressing as a gift of saving salvation or a gift of sacrificial worship to the Creator (God), until the coming of Jesus of Israel, the first coming of Christ, the creator's son, after the destruction of the world with flood, whom John the Baptist recognized as the lamb of the Creator (God), whose most characteristics traits was described as without defect, pure, undefined, guiltless as he was holy.

239. On the record, after the destruction of the world with flood, Jesus the Christ, the first coming of Christ, the Creator's son, was the first list of names of individual who has incarnated as "the first-born of all creation", the creator's son, after the destruction of the world with flood.

240. So, when Jesus the Christ, the Creator's son, was about to complete his work on earth in faithfulness and obedient to the law of worship. Jesus the Christ, the creator's son, offered himself to the Creator (God) in the table of banquet or the Lord's Super, and in a company of men, His Apostles, transferring his rights of priesthood and worship of the Creator (God) to the men he called.

241. Thereinafter, the right of priest, which was granted to Jesus the Christ, the first-man, the Creator's son, for sacrificial ritual or prayer or worship to the Creator (God), which included priesthood and worship of the Creator (God), and was then handed and transferred over to the men he called, during their priestly ordination, under the law of ordination of priesthood by "washing of feet".

242. During the Lord's Super, Jesus the Christ, the Creator's son, elaborated to those men whom he ordained priest, on hope of "Promise of his return" as a promising-man, as the Creator (God), during the creation of origin, prepared and promised the spirit of Jesus

the Christ, the first-born of all creation, the first coming of Christ, the creator's son, to live forever through a process called incarnation, and to return back to the earth as a promising-man, a process which is known as birthrights.

243. It is important to know that, during the creation of origin, in accordance with the fossil record timeline and the commandments of law of nature and creation, the death of the body and incarnation of any first-born of all creation, the creator's son, the Christ, is creationally and traditionally known as a promising-man and birthright respectively.

244. The incarnation of the spirit of first-born of all creation, the creator's son, the Christ, after death, falls between one thousand years (1000 years). It means that, the incarnation of the spirit of the first-born of all creation, the creator's son, the Christ is the creational process, which, the first-man, the creator's son, must go through each one thousand year, after the regular lifespan of old age and death, or the total length of time, Plaintiff, the creator's son, is alive from the creation from the dust of the earth, to prepare for incarnation and womb-birth. This cycle of return to the earth started after the origin of creation from the dust, during the time of creation.

245. It is a process of creation that, the commandments of law of nature and creation describes as "birthright" or "promising-man" In order words, it is creationally called the promising-man and traditionally called the birthright.

246. However, after 1000yrs of the death of the body of Jesus the Christ, mankind also eagerly look forward to the second coming of the first-man, the creator's son, as the Creator (God) promised, until the time of Plaintiff's incarnation, when Rev. Fr. Michael, an expert, recognized Plaintiff as the "promising-man", the creator's son.

247. However, after 1000yrs of the death of the body of Jesus the Christ, mankind also eagerly look forward to the second coming of the first-man,, the creator's son, as the Creator (God) promised, until the time of Plaintiff's incarnation, when Rev. Fr. Michael, an expert, recognized Plaintiff as the "promising-man", the Creator's son.

248. Rev. Fr. Michael described Plaintiff's characteristics trait as unblemished, without defects, pure, undefiled, guiltless as plaintiff is holy. In his testimonial he stated that, "Paul has in him characteristics that present him a very promising-man in future", in reference to the word of Jesus which he elaborated to his twelve apostles on hope of "Promise of his return" as a promising-man. (Enclosed please find the Exhibit one).

249. On the record, after the destruction of the world, Plaintiff, Paul Benjamin C. Ayika, the first-man, the Christ, the Creator's son, is the second list of names of individual who has incarnated as "the first-born of all creation", the creator's son.

250. It means that, after 1000yrs of the death of the body of Jesus the Christ, the incarnation of the spirit of Jesus the Christ, the first-born of all creation, the creator's son, the Christ, after one thousand year, undergone incarnation and womb-birth, and became man or promising-man or the next coming of the first-born of all creation, in the womb of Plaintiff's parents and of their flash, and to become man or promising-man or the next coming of the first-born of all creation. It is a process of creation that, the commandments of law of nature and creation describes as "birthright" or "promising-man"  In order words, it is creationally called the promising-man and traditionally called the birthright.

251. Hence, under the commandments of law of nature and creation.  Plaintiff, is the first-man of all creation, the creator's son, the Christ. Hence, Plaintiff is obligated as the first-man of all creation, the Creator's son, to have continual involvement, to rule, instructs and preserves the Church, as it is Plaintiff's natural birthright.

252. It is only Plaintiff, the first-born of the creator( God) the Creator's son, reserves the right to be priest and worship the Creator (God) on this earth today. The one and only priest of the Creator (God) on earth. The church, that was established and instituted by Jesus the Christ, who also was known as the "first-born of all creation" and "Christ", is the church of all the first-born of all creation of any generation, because, the commandments of law of nature and creation, pointed out that: "Christ is the same today, yesterday, and forever".  It means that, Plaintiff is the "first-man of all creation" and "Christ".

253. And without any further demonstration, Plaintiff is known as, the first-man, the Creator's son, the owner of church which was established and instituted by Jesus the Christ about 2000 yrs ago who was also the first-born, the creator's son.

254. The church which was established and instituted 2000yrs ago, is the church of all the first-born of all creation of any generation, as the first-born of all creation of our generation and all other first-born of all creation of any generation are same "Christ", (QED).  This quad erat demonstrandum convey the conclusion of a formal proof to indicate that, Plaintiff is the owner of church which was established and instituted 2000yrs ago, which was to be demonstrated and has been proved.

255. The Lord's Supper was a sacrificial worship of self-offering of Jesus, to the Creator (God) once and for all humanity, who was the "Christ" and "first-born of all creation", the Creator's son. Thereinafter, it fellows that, Plaintiff, is the promising-man, the Creator's son, the "Christ", who instituted the church, based on the law of worship that stated: "Christ is the same today, yesterday, and forever.

256. It means that, Plaintiff, is the first-man of all creation, the creator's son, the Christ and all other first-born of all creation of any generation is also same "Christ", the creator's son. Because,  the first born of all creation, the creator's son, the Christ has

easily recognizable characteristics consisting of gift of unblemished, spotless, without defects, as holy.    In order words, the promising-man become identifiable by characteristics consisting of gift of unblemished, spotless, without defects and holy that proves as an evidence that it is true.

257. The law also stated that, "The true worshiper must worship in-truth and in-spirit" of the first-man of all creation, the creator's son, the Christ.    For this reason, the extensive plan of sacrificial worship was formed and introduced by Christ, the Creator's son, requiring only a company of men to be exclusively devoted to this ministry and women are all time excluded.

258. In other words, Jesus the Christ, the first-born of all creation, the Creator's son, appointed other men, whom he ordained priests, the apostles, as a caretaker of the church and commanded them: "Do this in my name, until I come back again", it is only the first-born of all creation, the Creator's son, reserves the right to be priest and worship the Creator (God) on this earth.  The church that Jesus the Christ, the Creator's son, founded in about two thousand years (2000yrs) ago is the universal church for all humanity which continues to be under the authority and protection of any first-born of all creation of any generation, the Christ.    In this view, under the commandments of law of nature and creation, it has been demonstrated that, Plaintiff is the first-born of all creation, the Creator's son, the Christ, who directly founded the institution of church and the procedures within the church.

259. The men that, Jesus the Christ, the Creator's son, the first coming of Christ ordained priest can not use their position of authority as caretakers or apostles, and turn the church of the first-man of all creation, the Creator's son, the Christ, into apostolic church, by allowing women ministries, contradictory, bullying their way into control of the church of the first-man of all creation, the creator's son, the Christ.

260. And perversely changing and turning around the main and most important law that constitutes the law of sacrificial worship of the first-born of all creation, the creator's son, which was given by the Creator (God) in the beginning of creation, that do not allowing women ministries. An action which is totally a violation to the gift and order of creation of human, as the gift and order of creation of human allow only the first-born to worship the Creator (God).  It is unthinkable abomination to the Creator (God).

### The Right to Control, Rule, Instructs And Preserves The Church

261. First, generally everyone understood the church to be instituted by the Christ, the first-man of all creation, the creator's son, because, from the origin of creation, the rights of the priesthood and worship belonged to the first-born of all creation, the creator's son, the Christ. Thereinafter, the rights of Christ, included priesthood and worship of the Creator (God).

is a Creator's authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first to be created and first inherent rights".

268. In accordance to the fossil record timeline, the first creation of the Creator (God), the Creator's son, was called Adam, the man. While the second creation of the Creator (God) was called Eve, the woman. The commandment of rule of law of nature and creation, is a law of rules of action and conduct prescribed by the Creator (God) and having binding legal force that must be obeyed and followed by all mankind.

269. It is universal standards of commandments of law that apply to all mankind throughout all times. In this regard, the order of creation of mankind, for the reason of the precept, stated that, mankind enjoyed priority of inherent rights, statutes and privileges and authority in the accordance to the order of human creation, or the position in the creation of mankind, according to first of creation among human beings with the first-man of all creation, the Creator's son, inherited the first-born privileges, then other men inherited the second privileges, and then, women inherited third privileges.

270. In order words, the superiority in all privileges in regard to subordination and submission in relation to who have the first position of enjoying priority of inherent rights, statutes and privileges and authority and respect, begin with the first-man, the creator's son, then, second the other men, and then, third the women.

271. Hence, the first-born of all creation, the Creator's son, inherited the first-born privileges, as the first in creation, then, second the other men, and then, third the women. For this reason, the commandments of law of nature and creation, limit women from all authorities in the church over, Plaintiff, the first-man of all creation, the creator's son, and other men.

272. The deepest root, of the commandments of law of nature and creation, for the reason of precept, are to reminded mankind that, in the accordance to the order of human creation, or the position in the creation of mankind, there is a law of subordination or submission of the whole human beings on the basis of this orderly creation of mankind or the position in the creation of mankind. The law of submission does not only applies to women, but also to other men toward, Plaintiff, the first-man of all creation, the Creator's son. The law imposes restrictions on the authority of women in the church over, Plaintiff, the first-man of all creation and other men. Hence, this corresponded to what the commandments of law of nature and creation, in this respect of what is written, and states that:, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve".

273. The commandments of laws of nature and creation, limit women from all authorities in the church over, Plaintiff, the first-man of all creation, the creator's son, and

other men. And women must learn to live in quietness and full submissive from all activities that women are to carry out in the church over, Plaintiff, the first-man of all creation, the creator's son, and other men. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women.

274. The Creator (God) created, Plaintiff, the first-man, the Creator's son, during creation, and granted, Plaintiff, the first-man, the creator's son, a natural gift of spirit of unblemished, spotless, without defects, pure, undefiled, guiltless, which is otherwise known as "Holy of Holies", for sacrificial ritual or prayer or worship which is expressing as a gift of saving salvation or a gift of sacrificial worship to the Creator (God), so that, mankind will receive the spiritual blessing of spiritual worship on earth.

275. Also, if Plaintiff, the first-born of all creation, the creator's son, obeys the Creator's guideline for the sacrificial worship in accordance with the commandments of law of nature and creation, then, Plaintiff, the first-born of all creation, the Creator's son, will be called out of spiritual slavery into spiritual blessing.

276. So, when Jesus the Christ was about to complete his work on earth in faithfulness and obedient to the law of worship. Jesus the Christ, the Creator's son, offered himself, a body of unblemished, spotless, without defects, pure, undefiled, guiltless, which is otherwise known as "Holy of Holies", to the Creator (God) in the table of banquet or the Lord's Super, and in a company of men, His Apostles, transferring his rights of priesthood and worship of the Creator (God) to the men he called.

277. Thereinafter, the table of banquet or the Lord's Super is known as "Holy of Holies", requiring only a company of men to be exclusively devoted to this ministry, and included the exclusion participation of women ministries.

278. This corresponded to what the commandments of law of nature and creation, in this respect, limit women from all authorities in the church over the "Holy of Holies", a table of banquet of the Lord's Super, known as "Holy of Holies".

279. This alter of a table of banquet of the Lord's Super, known as "Holy of Holies", is the same and inseparable from, the natural gift of body of the first-man, the creator's son, the Christ, which the Creator (God) granted to, the first-man, the Creator's son, in the origin of creation, which is unblemished, spotless, without defects, pure, undefiled, guiltless, known as "Holy of Holies", for sacrificial ritual or prayer or worship to the Creator (God) and it is requiring only a company of men. And women must learn to live in quietness and full submissive from all activities that women are to carry out in body of the Christ, the creator's son, known as "Holy of Holies, in the church.

280. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women.

281. For the reason of precept, this corresponded to what the commandments of law of nature and creation, in this respect, limit women from all authorities in the church over, Plaintiff, the first-man of all creation, the creator's son and other men. And women must learn to live in quietness and full submissive from all activities that women are to carry out in the church over the first-man of all creation, the creator's son, and men. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women.

282. Also, for the reason of law and for the sacrificial worship "women should remain silent during the sacrificial gathering or in the Church or any gathering. They are not allowed to speak but must be in submission or quite", as the sacrificial gathering is the reminisced of the banquet of the Lord's Super of Christ, the "first-born the Creator (God) created first, the creator's son, since women was second in creation, all women must remain quite during sacrificial gathering or any gathering.

283. The universal church was formed by lawful purpose and this lawful purpose also included the exclusion participation of women ministries, over the alter of a table of banquet of the Lord's Super, known as "Holy of Holies" .

284. In other words, for mankind to receive the spiritual blessing of spiritual worship, which the Creator (God) reserve for mankind, there will be no participation of women ministries, over the alter of a table of banquet of the Lord's Super, known as "Holy of Holies" during the spiritual worship.

285. Worship is a spiritual communication between the Creator (God) and his first-born, the creator's son. The first man the Creator (God) created first is the first-born of the Creator (God) and by having the first position over women in relation to human creation, and only the "first man", the creator's son, enjoyed priority of inherent rights, statutes and privileges and authority with spiritual communication to the Creator (God). The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

286. For this reason, this corresponded to what the commandments of law of nature and creation, in this respect of the creator's (God's) law of interference and hindrance over first-born of all creation birthright in relation to priesthood and worship,  and stated that: "Verily, Verily, I say unto you, when I gave a commandment to my first-born of all creation, the Christ, the creator's son, to do a work unto my name, and he go with all his might and with all he have,  to perform that work, and cease not his diligence, and his enemies come upon him, and hinder him from performing that work. I will visit upon the

head of those who hindered  my work, the third and fourth generation, said the Creator (God).

287.   The Second Coming of Christ's Ministry, is Plaintiff's office of Christ in reference to Plaintiff's church, and the head of states of the world in reference to Plaintiff's headship to all mankind.

288.   These "Offices" and "Rights" are rights which Plaintiff, the first-man, the creator's son, the Christ, inherited by virtue of human nature, endowed by Creator (God), during the origin of creation.

289.   And commandments of law of nature and creation on the history of Plaintiff, the first-born of all creation, the creator's son, since five billion years after Plaintiff's creation in the past, have forms the basis for alluding, Plaintiff's rights, the first-born, the creator's son, as a law.

290.   The commandments of laws of nature and creation describes Plaintiff's rights as "birthright" or "promising-man"  In order words, it is creationally called the promising-man and traditionally called the birthright. .

291.   These rights and laws are understood universally as the rules of law of nature and creation, notably, which are part of the Creator's plan from the beginning with creation of human beings. The rights and laws of nature are implied to be the rules of the commandments of law of nature and creation, contributing Creator's creation of reality and mankind.

292.   The rules of the commandments of  law of nature and creation was first documented in world as natural law as well as universal law, and then was alluded in the Holy Bible to confirm the legitimacy of its origin, which featured greatly the work of the Creator (God).

293.   In overall, the commandment of rule of law of nature and creation, is a law of rules of action and conduct prescribed by the Creator (God) and having binding legal force that must be obeyed and followed by all mankind. It is universal standards of commandments of law that apply to all mankind throughout all times and all ages. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

Plaintiff's Economy And Inheritance Under The Law Of First In Existence And First Inheritance

[1]  Plaintiff's Overall Inheritance from The Origin Of Creation

294.  Of course, since, Plaintiff, the first-man, the creator's son, was created first during the origin of creation. This is Plaintiff's first right given to Plaintiff, the first-man, the creator's son, by the Creator (God).  Everything in the universe was as the Creator willed it, as "law" and "right".  The Commandments of law of nature and creation, forms the basis for alluding, Plaintiff's rights, the first-born, the creator's son, as a law.  According to the commandments of law of nature and creation, the creation orderly plan of humanity, or the position in the creation of mankind, on the basis of "first come and first inheritance right", has a significant influence on Plaintiff's inheritance, headship, authority and religion and economy.

295.  In order words, the basis of inheritance on the earth, on the subject of the one who get everything are lead to the understanding of creation orderly law, or the position in the creation of mankind, that is well-known as, "first come and first inheritance right".  The hereditary system in the beginning of creation, according to the rules of the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, the first-man, the creator's son, was first in line to be human being. Subsequently, the earth was inherited by Plaintiff, the first-man, the creator's son, in accordance with first come and first inheritance basis.

296.   Under the rules of the commandments of law nature and of creation, the law declared that, the heir to the earth is Plaintiff, the first-man, the creator's son, who the Creator (God) created first during the creation of mankind.  The law explicitly states that, the inheritance of earth is according to first of creation among all human beings, with Plaintiff, the first-man, the creator's son, inheriting the planet earth before other human beings. The rights of employment to work on earth, too, has recognizable similarities in relation to the subject of first come and first employment to work, cultivate and take care of the earth  among all human beings.

297.  In order words, according to the commandments of law of nature and creation, the creation orderly plan of humanity, or the position in the creation of mankind, on the basis of "first come, first inheritance", has a significant influence on Plaintiff's inheritance of the earth and rights of employment.

298.  In order words, the basis of inheritance on the earth, on the subject of the one who get everything are lead to the understanding of creation orderly law, or the position in the creation of mankind, that is well-known as, "first come, first inheritance".  The hereditary system in the beginning of creation, according to the rules of the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, the first-man, the creator's son, was first in line to be human being.  Subsequently, the employment to

work, cultivate and take care of the earth was inherited by Plaintiff, the first-man, the creator's son, in accordance with first come, first inheritance basis.

299.   Under the rules of the commandments of law nature and of creation, the law declared that, the employment to work, cultivate and take care of the earth is Plaintiff, the first-man, the creator's son, who the Creator (God) created first during the creation of mankind.

300.   The law explicitly states that, the employment to work, cultivate and take care of the earth is according to first of creation among all human beings, with Plaintiff, the first-man, the creator's son, inherited the employment to work, cultivate and take care of the earth before other human beings. This corresponded to what the commandments of law of nature and creation, in this respect of the right of employment accorded to Plaintiff, the first-man, the creator's son, and stated that, " the Creator (God) put the first-man, the creator's son, he created first and settled Plaintiff, the first-man, the creator's son, on earth to work, cultivate and take care of the earth".

301.   In summary, under the commandments of law of nature and creation, only men have greater right to have employment and work on earth with Plaintiff, the first-man, the creator's son, and act in my place to work, cultivate and take care of the earth.

302.   Hence, only men have greater right to be recognized as having the rights to have employment and to work in the world, in my place. This means that, under the commandments of law of nature and creation, from Plaintiff, the first-man, the creator's son, men who live everywhere in the world, inherited employment and  to work.

303.   That is, only men can work in the world, according to the commandments of law of nature and creation. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

304.   The ruler of mankind, too, has recognizable similarities in relation to the subject of first come, first ruler among all human beings, or the position in the creation of mankind.   In order words, the leadership to all human beings in the world, during creation era of five billion years in the past, according to the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, the first-man, the creator's son, was first in line to be human being.  Subsequently, the king of universe was inherited by Plaintiff, the first-man, the creator's son, in accordance with first come, first to inherit the king of universe basis. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated

that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

305. For this reason, this corresponded to what the commandments of law of nature and creation, in this respect, and stated that, Plaintiff, "the first-man, the creator's son, is the king of the universe, the natural and legal head of the human race".

306. This means that, under the commandments of law of nature and creation, Plaintiff, the first man created by Creator (God) on this earth since five billion years ago, inherited the king of universe. And, Plaintiff became the natural and legal head of the human race. This is best known today in our time, as "The Head of States of the World". This corresponded to what the commandments of law of nature and creation, in respect of what is written about the visit of the Magi, the three wise men, to the infant King Jesus who was the first coming of Christ, the creator's son, and states that: "Then, opening their treasures, they offered him gifts of gold, as he was a King of universe, and frankincense as he was a priest, and myrrh for health. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

307. In summary, under the commandments of law of nature and creation, only men have greater right to be co-heir with Plaintiff, the first-man, the creator's son, and act in Plaintiff's place as a leader. Hence, only men have greater right to be recognized as having leadership function, in the world, in Plaintiff's place. This means that, under the commandments of law of nature and creation, from Plaintiff, the first-man, the creator's son, men who live everywhere in the world, inherited leadership.

308. That is, only men can rule in the world, according to the commandments of law of nature and creation. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

309. This corresponded in what is written in the commandments of law of nature and creation that stated; " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve". This commandments of law of nature and creation, limit women from all authorities in the world over Plaintiff, the first-man of all creation, the creator's son, and other men. And women must learn to live in quietness and full submissive from all activities that women are to carry out in the world over Plaintiff, the first-man of all creation, the creator's son, and other men. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women.

310.   It is important to known that, one cannot understand human history of "leadership" and "priesthood" in the world, without understanding the origin of human creation, the classical creation Plaintiff, the first-man, the creator's son, which identified Plaintiff, the first-man, the creator's son, holding sacral functions that directly connected to leadership (king) and priesthood (sacrifice) of the Creator (God). In our time, it is a common form of government, that is best known as "theocratic government".

311.   This means that, Plaintiff have both political and religious authorities over all human beings. Under the commandments of law of nature and creation, and the fossil record timeline, Plaintiff is the only ruler and priesthood of mankind in recorded creation of mankind and history.

312.   As Plaintiff, the first-man, the creator's son, was created first before other human beings, then, Plaintiff, the first-man, the creator's son, was first to inherit the first-born privileges, inherited "leadership" and "priesthood of the Creator (God)" as Plaintiff's inheritance.

313.   In this content of the commandments of law of nature and creation, as Plaintiff, the first-man, the creator's son, during the creation era of five billions years ago, was created first before other human beings, then, Plaintiff, the first-man, the creator's son, inherited the first-born privileges of the priesthood, in respect  of the law of "first come and first to inherit".

314.   This means that, the inheritance of priesthood in the world, according to the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, the first-man, the creator's son, was first in line to be human being. Subsequently, the priesthood of the Creator was inherited by Plaintiff, the first-man, the creator's son, in accordance with first come and first to inherit priesthood. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

315.   By the commandments of law of nature and creation, and the fossil record timeline, Plaintiff is the only priesthood of the Creator, (God), in the world, and was done according to first of creation among all human beings, with Plaintiff, the first-man, the creator's son, inherited the priesthood of the Creator (God) before other human beings.

316.   In summary, under the commandments of law of nature and creation, only men have right to be co-heir with Plaintiff, the first-man, the creator's son, and act in Plaintiff's place as a priest.

317. Hence, only men have right to be recognized as having priesthood function, in the world, in Plaintiff's place.

318. This means that, under the commandments of law of nature and creation, from Plaintiff, the first-man, the creator's son, men who live everywhere in the world, can be ordained priesthood through Plaintiff, the first-man, the creator's son.

319. That is, only men can be priest in the world, according to the commandments of law of nature and creation, and serve over a table of banquet of the Lord's Super, known as "Holy of Holies."

320. This corresponded to what commandments of law of nature and creation stated that, " I do not permit a woman to assume authority over a man for Adam was formed first, and then Eve". This commandments of law of nature and creation, limit women from all authorities in the world over Plaintiff, the first-man of all creation, the creator's son, and other men.

321. And women must learn to live in quietness and full submissive from all activities that women are to carry out in the world over Plaintiff, the first-man of all creation, the creator's son, and other men. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women.

322. Since, under the commandments of law of nature and creation, only men have right to be co-heir with Plaintiff, the first-man, the creator's son, and act in plaintiff's place as a priest in the world.

323. This corresponded to what happened during the era of Jesus of Nazareth, the creator's son, two thousand years in the past, who also is in the list of names of individual who has incarnated as "the first-born of all creation", the creator's son, the Christ, after the destruction of the world with flood. Jesus the Christ, the creator's son, employed the commandments of law of nature and creation on priesthood, and ordained only twelve men priesthood, as his twelve disciples, to serve in a table of banquet of the Lord's Super, known as "Holy of Holies.

324. In summary, under the commandments of law of nature and creation, the Creator laid upon Plaintiff's shoulder, the First-born of all creation, the creator's son, a sealed of headship, priesthood and the earth as Plaintiff's inheritance.  This corresponded to what the commandments of law of nature and creation frequently asserted that, in this world or the world to come, during the foundation of the earth, Plaintiff, the first-man, the creator's son, is always the natural and legal head of the human race. This is an absolute "rights" Plaintiff, the first-man, the creator's son, acquired during the origin creation and foundation of the earth. The Ninth Amendment to the United States Constitution

addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

325. As a result, this Plaintiff's sealed inheritance which Plaintiff, the first-man, the creator's son, acquired during the origin of creation, corresponded to what the commandments of law of nature and creation called Plaintiff, the first-born of all creation, the creator's son, "king of kings" or "lord of lords".

326. Also, this corresponded to what the commandments of law of nature and creation stated that, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man of all creation", the creator's son.

327. Meaning that, Plaintiff's kingship or lordship is above the kingship or lordship of other men in the world. These offer much insight regarding the meaning of these phrases in regard of Plaintiff's sealed inheritance . It is clear that, the use of king of kings and lord of lords in connection with Plaintiff, the "First-born of all creation", the creator's son, highlights Plaintiff's supreme ruler and authority in the world. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

328. It, also, signifies that, Plaintiff, the first-man, the creator's son, have sovereignty over all kings and all lords taken by other men in the world. Under the commandments of law of nature and creation in this regard stated, "everyone will be in submission to Plaintiff, the first-man", the creator's son.

329. This corresponded to what the commandments of law of nature and creation which in this regard stated that, Plaintiff, the first-man, the creator's son, is " the head of every man and woman, and God is the head of Plaintiff, the first-man", the creator's son.

330. In summary, the commandments of law of nature and creation, brings all human beings back to the Creator's( God's) first Orderly plan of creation, or the position in the creation of mankind, which stand out to ban the inclination of women to control men. Because women, was formed second in the position of creation of mankind. Hence, the commandments of law of nature and creation, limit women from all authorities in the world over Plaintiff, the first-man of all creation, the creator's son, and other men. This means that, the Creator (God) limit women, the second in creation of mankind, from all authorities in the world over Plaintiff, the first-man of all creation, the creator's son, and other men.

331. Under the commandments of law of nature and creation, the first precept given to Plaintiff, the first-man, the creator's son, which stated that, "I do not allow a women to teach or exercise authority over Plaintiff, the first-man", the creator's son. For Plaintiff, the first-man, the creator's son, was created or formed first, and then women".

332. As a result of the Creator's( God's) first Orderly plan of creation, or the position in the creation of mankind, and under the commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, during the origin of creation, was given dominion over the earth, and over every creeping thing that creepeth upon the earth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

333. This corresponded to what the commandments of law of nature and creation which in this regard stated the fact that, "Plaintiff, the first man created by the Creator (God), the creator's son, on this earth, during the origin of creation, inherited the planet earth for himself, as my physical home"

334. Also, this corresponded to what the commandments of law of nature and creation, in respect of Plaintiff's headship, heirship and inheritance over the earth, and stated that: "The Creator (God) will be speaking to the world by Plaintiff, the first-man, the creator's son, whom He appointed heir of all things and through whom He made the Universe". The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

335. The contention to the commandments of law of nature and creation is that, the earth was being made for Plaintiff, the First-man, the creator's son, and, as a result of what had occurred, during the creation of mankind. Since Plaintiff, the first-man, the creator's son, during the creation era of five billions years ago, was created first before other human beings, then, Plaintiff, the first-man, the creator's son, inherited the first-born privileges, in respect of the law of "first come, first to inherit", or the position in the creation of mankind

336. Then, Plaintiff, the First-man, the creator's son, was sealed by the Creator, to receive the priesthood and the natural and legal head of all humanity as a natural rights as birthright. This law is well-known recorded as a natural law and mankind are utterly unable to change the commandments of law of nature and creation.

337. These Plaintiff's inherent "rights" and "statutes" which Plaintiff, the First-born of all creation, the creator's son, acquired during the origin of creation, are defensible as inalienable rights and statutes, resting not on parchments or constitution of government, but on natural laws, known as, the commandments of law of nature and creation. No constitution of any government in the world can void this Plaintiff's natural rights or birthright since Plaintiff, the first-man, the creator's son, was created first before other human beings, and no one can transfer it to another. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

338. These Plaintiff's inherent "rights" and "statutes" which plaintiff, the first-born of all creation, the creator's son, acquired during the origin of creation, are everlasting, as the Creator (God) created Plaintiff's "Spirit" , the first-man, the creator's son, for immortality.

339. And if by Plaintiff's persistence in doing good and keeps the laws of the Creator (God). Plaintiff will be preserved.

340. And Plaintiff's spirit, the first-man, the creator's son, will endures forever and will have no end and exist forever, and have everlasting life on earth. More importantly, Plaintiff, the first-man, the creator's son, will uphold all Plaintiff's inherent rights, statutes and privileges and authority which was accorded to Plaintiff during the origin of creation.

341. In the first stage of Plaintiff's creation, the Creator (God) created Plaintiff, the first-man, the creator' son, from the dust of the earth and breath upon Plaintiff, the first-man, the creator's son, the Creator's spirit of life, and Plaintiff was made flesh, and become man, and Plaintiff have both "body" and spirit".

342. It means that, Plaintiff, the First-man of all creation, the creator's son, has both physical and spiritual make-up. This Plaintiff's inherent rights, statutes and privileges and authority which Plaintiff, the first-born of all creation, the creator's son, acquired during the origin of creation, are everlasting, as the Creator (God) created Plaintiff's "Spirit", the first-man, the creator's son, for immortality.

343. And if by Plaintiff's persistence in doing good and keeps the laws of the Creator (God). Plaintiff will be preserved and Plaintiff's spirit, the first-man, the creator's son, will endures forever and will have no end and exist forever, and have everlasting life on earth and Plaintiff, the first-man, the creator's son, will uphold all Plaintiff's inherent rights, statutes and privileges and authority  which Plaintiff have during the origin of creation.

344. These Plaintiff's inherent rights, statutes and privileges and authority which Plaintiff, the first-born of all creation, the creator's son, acquired during the origin of creation, are everlasting, as the Creator (God) created Plaintiff's "Spirit", the first-man, for immortality,

345. This corresponded to what the commandments of law of nature and creation, in respect of Plaintiff's spirit of immortality, and stated that, " Where the body is death, the spirit begins".

346. Because it is only the body is in danger of death as the spirit is built by the Creator (God) for incarnation. As Plaintiff's "body", the first-man of all creation, the creator's son, dies through the process of death and Plaintiff's surviving "spirit" part, will gradually grows a new body or made flesh, become man in the womb of another parents.

347. In other words, Plaintiff's spirit will become man in the womb of another parents and of their flesh in order to be prepared for womb-birth by the way of incarnation.

348. Plaintiff's incarnational cycle, after the death of Plaintiff's body is a thousand series of embodiment of spirit which Plaintiff, the first-man, the creator's son, goes through in preparation for Plaintiff's spirit to have a bodily form and have everlasting life on earth.

349. At the end of Plaintiff's designed maximum lifespan of 1000 years of regular life of old age, or the total length of time, Plaintiff, the first-man, the creator's son, is alive from the creation from the dust of the earth. Plaintiff's body will be buried, a process called death. At same time, the incarnational changes prepared Plaintiff's spirit, the first-man, the creator's son, to have a bodily form in the womb of another parents and of their flesh in order to be prepared for womb-birth. This is an incarnation period during which Plaintiff, the first-man, the creator's son, return back to the earth and become man and have everlasting life on earth.

350. In summary, Plaintiff's incarnational cycle, after the death of Plaintiff's body, say a lot about Plaintiff's everlasting life on earth. Plaintiff's incarnational cycle, after the death of my body, is the one thousand series of Plaintiff's spirit, to become flesh again in the wombs and become man, as a promising-man, as a birthright.

351. The incarnational is counted from the day Plaintiff's body die to 1000yrs, when Plaintiff's spirit become man in the womb of another parents and of their flesh.

352. From time of creation of mankind, since five billion years ago, Plaintiff's spirit has incarnated in the past, as the "first-man of all creation", the creator's son, till the

present day of mankind, as a "promising-man". Hence, Plaintiff, Paul Benjamin C. Ayika, is the very first-man the Creator (God) created five billion years ago.

353. It means that, Plaintiff's incarnation of the spirit, is the creational process, which, Plaintiff, the first-man, the creator's son, must go through each one thousand year, after Plaintiff's designed maximum lifespan of 1000nyears of regular life of old age, or the total length of time, Plaintiff, the creator's son, is alive from the creation from the dust of the earth. In order, to prepare for incarnation and womb-birth, after the origin of creation from the dust, during the time of creation. It is a process of creation that, the commandments of law of nature and creation describes as "birthright" or "promising-man" In order words, it is creationally called the promising-man and traditionally called the birthright.

## The birthright Incarnation And Womb-Birth

354. These special inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance to which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

355. In order words, the birthright incarnation and womb-birth of Plaintiff, the first-man, the creator's son, are referred to these special inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, to which Plaintiff, the first-man, the creator's son, inherited.  And subject to the process of incarnation and womb-birth, are considered by law, the same and inseparable from the creation inheritance to which, Plaintiff, the first-man, the creator's son, inherited under the time of creation of mankind, since five billion years ago, with that inheritance via womb-birth, to which, Plaintiff, the first-man, the creator's son, will be inherited through and by Plaintiff's birth. This corresponded to what the commandments of law of nature and creation, in respect of what is written about the visit of the Magi, the three wise men, to the infant King Jesus, who was the first coming of Christ, the creator's son, and states that: "Then, opening their treasures, they offered him gifts of gold, as he was a King of universe, and frankincense as he was a priest, and myrrh for health.

356. Under the commandments of law of nature and creation, the birthright incarnation and womb-birth of Plaintiff, the first-man, the creator's son, are referred to these special inherent rights, statutes, privileges and authority to which, Plaintiff, the first-man, the

creator's son, entitled under the time of creation of mankind, since five billion years ago, continues and separable by the circumstance of incarnation and plaintiff's birth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

357.   Plaintiff's birthright, is a continuation of Plaintiff's inherent rights, statutes, privileges and authority to which, Plaintiff, the first-man, the creator's son, are entitled under the time of creation of mankind, since five billion years ago, and Plaintiff's birth.

358.   Therefore, Plaintiff, the first-man, the creator's son, continues to be entitled with these special  inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation and through by Plaintiff's womb birth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

[2]  Plaintiff's Economy Inheritance from The Origin Of Creation

359.   Since Plaintiff, the first-man, the creator's son was created first during the origin of creation. This is Plaintiff's first right given to Plaintiff, the first-man, the creator's son, by the Creator (God).  Everything in the universe was as the Creator willed it, as "law" and "right".

360.   The Commandments of law of nature and creation, form the basis for alluding, Plaintiff's inherent rights, statutes, privileges and authority as a law.   According to the commandments of law of nature and creation, the order of creation of humanity, or the position in the creation of mankind, on the basis of "first come and first inheritance right", has a significant influence on Plaintiff, the first-man, the creator's son, to inherit the earth, headship, authority, religion and the economy of the earth. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

361.   As a result of the Creator's( God's) first Orderly plan of creation, or the position in the creation of mankind, and under the commandments of law of nature and creation,

Plaintiff, the first-man, the creator's son, during the origin of creation, was given dominion over the earth, and over every creeping thing that creepeth upon the earth. The commandments of law of nature and creation state the fact that, Plaintiff, the first-man, the creator's son, as the first man created by the Creator (God) on this earth during the origin of creation. Hence, Plaintiff inherited the planet earth as Plaintiff's physical home. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

362. In order words, the basis of inheritance on the earth, on the subject of the one who get everything are lead to the understanding of creation orderly law, or the position in the creation of mankind, that is well-known as, "first come and first inheritance". The hereditary system in the beginning of creation, according to the rules of the commandments of law of nature and creation, trace its origin through creation, in which Plaintiff, the first-man, the creator's son, was first in line to be human being. Subsequently, the earth and everything in it, was inherited by Plaintiff, the first-man, the creator's son, in accordance with first come and first inheritance basis.

363. Under the rules of the commandments of law nature and of creation, the law declared that, the heir to the earth and everything in it is Plaintiff, the first-man, the creator's son, who the Creator (God) created first during the creation of mankind. The law explicitly states that, the inheritance of earth and everything in it, is according to first of creation among all human beings, with Plaintiff, the first-man, the creator's son, inherited the planet earth and everything in it and its economy before other human beings. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

364. This corresponded to what the commandments of law of nature and creation, in this respect, and stated that, Plaintiff, "the first-born of all creation, the creator's son, has absolute sovereignty and rights over earth and all things on it" Also, the commandments of law of nature and creation, stated that, Plaintiff, "the first-born, the creator's son, is the heir of the earth and all that is in it".

365. In the creation of origin, according to the commandments of law of nature and creation, and fossil record timeline, it is affirmed that, the Creator (God) made the earth. The earth was in existence before Plaintiff, the "Man", the creator's son,, whom the Creator (God) created first. The earth was ready for Plaintiff, the first-man, the creator's son, to live, move, and have Plaintiff's being upon it, as Plaintiff's physical home. The Ninth Amendment to the United States Constitution addresses that, the original existing

rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

366. After the earth was created, Plaintiff, the first-man, the creator's son, was created from the dust of the earth and the Creator breath upon Plaintiff, the first-man, the creator's son, His spirit of life. In other words, Plaintiff, the first-man, the creator's son, was created in a special way from the dust of earth, signify that the Plaintiff, the first-man, the creator's son, was earth-born.

367. Consequently, as population of mankind grew from Plaintiff, the first-man, the creator's son, and from Plaintiff's inheritance of the earth, came all the group of different men who live everywhere in the world, and have their appointed geographical boundaries of their lands as their geographical boundaries of their countries. It was based according to the commandments of law of "first come, first inheritance right". The inheritance of geographical land of a country, by every group of different men who live everywhere in the world, was followed by the precise and similar law of inheritance, that was based according to the commandments of law of "first come and first inheritance right". or the position in the inheritance of geographical land.

## The birthright Incarnation And Womb-Birth

368. These Plaintiff's inherent rights, statutes, privileges and authority which Plaintiff, the first-born of all creation, the creator's son, acquired during the origin of creation, are everlasting, as the Creator (God) created Plaintiff's "Spirit" for immortality, and if by Plaintiff's persistence in doing good and keeps the laws of the Creator (God). Plaintiff will be preserved.

369. And at the end of Plaintiff's designed maximum lifespan of 1000nyears of regular life of old age, or the total length of time, Plaintiff, the creator's son, is alive from the creation from the dust of the earth. Plaintiff's body will be buried, a process called death. At same time, the incarnational changes prepared Plaintiff's spirit to have a bodily form. This is an incarnation period during which Plaintiff, the first-man, return back to the earth, and become man, and have everlasting life on earth. And Plaintiff, the first-man, will uphold all Plaintiff's inherent rights, statutes, privileges and authority which Plaintiff have during the origin of creation. These special inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, inherited with that inheritance of womb-birth.

370. In order words, the birthright incarnation and womb-birth of Plaintiff, the first-man, the creator's son, are referred to these special inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, to which, Plaintiff, the first-man, the creator's son, inherited. And subject to the process of incarnation and womb-birth, are considered by law, the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited under the time of creation of mankind, since five billion years ago, with that inheritance via womb-birth, to which, Plaintiff, the first-man, the creator's son, will be inherited through and by Plaintiff's birth.

371. Under the commandments of law of nature and creation, the birthright incarnation and womb-birth of Plaintiff, the first-man, are referred to these special privilege of inherent rights, statutes, privileges and authority to which, Plaintiff, the first-man, the creator's son, entitled under the time of creation of mankind, since five billion years ago, continues and separable by the circumstance of incarnation and Plaintiff's birth.

372. Plaintiff's birthright, the first-man, the creator's son, is a continuation of Plaintiff's inherent rights, statutes, privileges and authority to which, Plaintiff, the first-man, the creator's son, are entitled under the time of creation of mankind, since five billion years ago, and Plaintiff's birth.

373. Therefore, Plaintiff, the first-man, the creator's son, continues to be entitled with these special inherent rights, statutes and privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation and through and by Plaintiff's womb birth.

374. Since, the earth was created for Plaintiff, the first-man, the creator's son, ready for Plaintiff, the first-man, to live, move, and have Plaintiff's being upon it, as Plaintiff's physical home, under the time of creation of mankind, since five billion years ago.

375. And these inherent rights, statutes, privileges and authority, continue and separable by the circumstance of incarnation and Plaintiff's birth. Therefore, Plaintiff, the first-man, the creator's son, have absolute inherent rights, statutes and privileges and authority to have exemption and immunity with every country on earth.

376. As, Plaintiff, the first-man, the creator's son, is the landowner of the earth. In the light of the commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, can not be regarded as a foreigner on the earth or in any country of the world as Plaintiff, the first-man, the creator's son, is the heir to the whole earth, which Plaintiff, the first-man, the creator's son, inherited as Plaintiff's physical home during the origin of creation, and continue and separable by the circumstance of incarnation and Plaintiff's birth. .

377.  Under the commandments of law of nature and creation, Plaintiff, the first-man, the creators son, have absolute inherent rights, statutes, privileges and authority to have exemption and immunity with every country on earth.

378.  As a matter of law, the formation of countries by all the group of different men who live everywhere in the world, who have their appointed geographical boundaries of their lands as their geographical boundaries of their countries can not deny Plaintiff, the first-man, the creator's son, to have exemption and immunity with their countries on earth, as all of Plaintiff's inherent rights, statutes and privileges and authority, accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of incarnation and through Plaintiff's womb-birth.

379.  Under the commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, have absolute inherent rights, statutes and privileges and authority to have exemption and immunity from any policy from every country on earth that concern immigration, economy, taxes, joblessness and homelessness or any form of government policy.

380.  Since, Plaintiff, the first-man, the creator's son, inherited the earth and everything in it, as Plaintiff's physical home during the origin of creation, and continues and separable by the circumstance of incarnation and through Plaintiff's birth.

381.  As a matter of commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, is entitled to go to any destination in the world, without having any difficulty or any form of immigration policy over Plaintiff, the first-man, the creator's son, with every country on earth. Since, Plaintiff, the first-man, the creator's son, inherited the earth and everything in it, as Plaintiff's physical home, during the origin of creation, and continues and separable by the circumstance of incarnation and through Plaintiff's birth.

382.  This corresponded to what the commandments of law of nature and creation, which in this regard stated that, "the laws do not permit other men to assume or make any law, or pass a judgment, or moot the words or have any form of power of authority over Plaintiff, the first-man of all creation, the creator's son, since Plaintiff, the first-man of all creation, the creator's son, is above all men and their laws".

383.  In order words, Plaintiff, the first-men of all creation, the creator's son, is above any the law that is made by other men in the world, as Plaintiff, the first-man, the

creator's son, continues to be entitled with these special inherent rights, statutes and privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation and through by Plaintiff's womb birth.

384.  In order words, Plaintiff, the first-man, the creator's son, have absolute inherent rights, statutes and privileges and authority to have exemption and immunity with every country on earth that concern immigration, economic, taxes, joblessness and homelessness policies all over the whole world, as, the geographic boundaries of the land of the earth belong to Plaintiff, the first-man, the creator's son. Based on the commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, was created first by the Creator (God), and have all the inherent rights, statutes, privileges and authority as a landowner of the earth.  The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

385.  And such, Plaintiff, the first-man, the creator's son, should not be struggling with any country over immigration, economic, taxes, joblessness and homelessness policies or any form of government policy in the world.

386.  Since, all of Plaintiff's inherent rights, statutes and privileges and authority, accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of incarnation and through Plaintiff's womb-birth.

387.  In summary, since, Plaintiff, the first-man, the first-born of all creation, the creator's son, the landowner of the world, should be immune and exempted from the world government policies that concern immigration, economy, taxes, joblessness and homelessness or any form of government policy, as all of Plaintiff's  inherent rights, statutes and privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of incarnation and through Plaintiff's womb-birth.

388.  Therefore, this corresponded to what the commandments of law of nature and creation, which in this regard frequently stated that, "In this world or the world to come, Plaintiff, the first-man, the creator's son, is entitled to go to any destination in the world, without having any difficulty, as all of Plaintiff's  inherent rights, statutes and privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the

commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of my incarnation and through Plaintiff's womb-birth.

389.  Under the commandments of law of nature and creation, Plaintiff, the first-man, the creator's son, is the lord and benefactor of the world.  Since, Plaintiff, the first-man, the creator's son, inherited the planet earth and everything in it and its economy before other human beings. This corresponded to the commandments of law of nature and creation, which in this regard stated that, Plaintiff, "the first-born of all creation, the creator's son, has absolute sovereignty and rights over earth and all things on it, including the economy the earth produces. Since, Plaintiff, the first-born, the creator's son, is the heir of the earth and all that is in it".

390.  Since,  Plaintiff, the first-born, the creator's son, is the heir of the earth and all that is in it", as all of Plaintiff's  inherent rights, statutes, privileges and authority accorded to Plaintiff, the first-man, the creator's son, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of my incarnation and through Plaintiff's womb-birth.

391.   According to the commandments of law of nature and creation, since that everything every country have come from Plaintiff, the first-man, the creator's son. Then, Plaintiff, the first-man, the creator's son, have all inherent rights, statutes and privileges and authority as a landowner of the earth, and worthy or entitled to receive from every country in the world the tenth part of all the produce and profits due to Plaintiff, the first-man, and thus to the earth which Plaintiff, the first-man, inherited for the maintenance of the Creator's (God's) earth. (QED). The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

392.  This quad erat demonstrandum, (QED), convey the conclusion of a formal proof to indicate that, Plaintiff, is the first-man of all creation, the creator's son, the Christ, and have all the  inherent rights, statutes and privileges and authority as a landowner of the earth, and worthy or entitled to receive from every country in the world the tenth part of all the produce and profits due to Plaintiff, the first-man, the creator's son, and thus to the earth which Plaintiff, the first-man, the creator's son, inherited for the maintenance of the Creator's (God's) earth.  And that which was to be demonstrated and has been proved. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the

Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

393.   This corresponded to what the commandments of law of nature and creation, which in this regard stated that, "worthy to Plaintiff, the first-man, the creator's son, to receive power, wealth, wisdom, strength, honor, glory and praise", since Plaintiff, the first-man, the creator's son, inherited all during the origin of creation. Thereinafter, all of Plaintiff's inherent rights, statutes and privileges and authority, accorded to Plaintiff, the first-man, under the commandments of law of nature and creation, in the origin of creation, are considered by law the same and inseparable from the creation inheritance which, Plaintiff, the first-man, the creator's son, inherited with that inheritance of womb-birth. It continue and separable by the circumstance of my incarnation and through Plaintiff's womb-birth.

---

## DEFENDANT'S VIOLATIONS, AND FACTS IN SUPPORT OF VIOLATIONS

---

394.   On October 26 2018, the Defendant was driving on the Restler Street, with Plaintiff's nephew and Nice on our way to our home from Brown Middle school, and Plaintiff received a ticket in the City of El Paso, when Plaintiff was stopped by Defendant, from El Paso I. S. D. Police Department, Officer C. Rodriguiz, for driving at a speed of 10 MPH greater the speed of the driver next to Plaintiff's right, in a 15 MPH zone.

395.   Plaintiff was obeying and maintaining the posted maximum speed limit of 15 MPH zone. However, Defendant, laid a greater emphasis that, " Plaintiff was driving at a speed greater the speed of the driver at Plaintiff's right". The officer overlooked the fact that, Plaintiff was obeying the posted maximum speed limit of 15 MPH zone. Defendant repeatedly, said to Plaintiff that, " I am not given you a ticket because you are driving above 15 MPH, but you are driving at a speed greater the speed of the driver next to Plaintiff's right. Plaintiff then asked Defendant, how is that a traffic violation?. Plaintiff continued to say to Defendant that, what matters here in this driving issue, is to obey the posted maximum speed limit of 15 MPH, when Plaintiff was driving at a speed of 10 MPH.

396. Again,  Plaintiff said to Defendant, how can Plaintiff be driving at a speed greater the driver next to Plaintiff's right, when Plaintiff was driving at 10 MPH less than everybody.

397.  Defendant continued to said that, "no I saw you driving at a speed greater the speed of the driver next to Plaintiff. However, the Plaintiff, also told Defendant, that the Texas Transportation Commission has established a speed limit of 15 MPH zone on the

School zone and, the Plaintiff's driving is not above the speed limit, and that, it is reasonable and safe for this section of the street. On Plaintiff's ticket, Defendant falsely wrote that, " the Plaintiff, disregard traffic control drive". Exhibit 3

398. Plaintiff, then told Defendant that, it is a false traffic code and violation. However, Defendant, coarsely threaten and force Plaintiff to sign it, and if Plaintiff did not sign it , defendant will place Plaintiff under arrest. Defendant repeatedly and continuously saying that, "I will place plaintiff under arrest if plaintiff did not sign it, so  plaintiff immediately discover that defendant already planed all this for Plaintiff's arrest , so plaintiff signed the ticket.

399. But before Plaintiff signed it, Plaintiff, hereby, asked the Defendant for a waiver of this ticket because of Plaintiff's inherent rights, statutes and privileges and authority which the Plaintiff has on earth, and Plaintiff said to defendant that, signing this ticket will affect Plaintiff's' inherent rights, statutes and privileges and authority. Plaintiff continued to said to Defendant that, under the commandments of law of nature and creation "it is a violation of law that, you should stop Plaintiff and give Plaintiff a ticket.

400. Then, Plaintiff read to Defendant, Plaintiff's inherent rights, statutes and privileges and authority, under the commandments of law of nature and creation, which limit Defendant from all authority over Plaintiff, the first-man of all creation. And that the Defendant must learn to live in quietness and full submissive from all activities that Defendant are to carry out over Plaintiff, the first-man, the first-men of all creation, as Plaintiff, the first-man of all creation, was formed first before other creatures of the Creator (God).

401. And that, the Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth. This is the reason, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

402. Plaintiff continued to tell Defendant that, the commandments of law of nature and creation, imposes restriction on the authority of men on earth over Plaintiff. And that, these restrictions are permanent in all times and places and circumstances as the Plaintiff is the first-man, the first-man of all creation, the creator's son.

403. Under the commandments of laws of nature and creation, the law resolutely opposes Defendant, or any man or group of men or nation or country using its own laws to carry out jurisdiction of law on Plaintiff, the first-man of all creation, the creator's son. Since Plaintiff have authority and jurisdiction above all men.  Because, Plaintiff was formed or created first over all the creatures of the Creator (God) including Defendant.

This is the reason, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

404. Hence, Plaintiff, told Defendant that,  It is a violation of law to oppose Plaintiff, the first-man, the first-born of all creation, the creator's son, who is the natural and legal head of the human race, and by giving Plaintiff a ticket today whether or not, it is true violation. It is tantamount to violation of police act and a breach of Plaintiff's fundamental natural inherent rights, statutes, privileges, authority and respect.

405. Plaintiff also reminded Defendant that, under the police provision, the Police officer should obey the last order from superiors. And most importantly, from Plaintiff, the superior, who is the natural and legal head of the human race. Plaintiff, said to Defendant that, "it is a violation of law, for Defendant acting as if Defendant is not under any one authority, and Police Officer should not carry out disobedient to lawful superior orders". And if Defendant defy the superior order from Plaintiff, hence, this has placed Defendant under the violation of the commandments of law of nature and creation, by coarsely threaten Plaintiff and forcing Plaintiff to sign this ticket.

406. Then upon Defendant listening to Plaintiff and said, "I don't care, as long as you are a citizen of United States, and if you commit any offense, I will be forced to give you a ticket".

407. Plaintiff was able to bring Defendant's mind to an awareness of these laws and said to Defendant that, "the commandments of law of nature and creation were formed first and then later the Constitution of every country or nation. That, the natural inherent rights, statutes and privileges and authority, which Plaintiff acquired from the commandments of law of nature and creation, can not be restrained by any law under government constitution, as the commandments of law of nature and creation, was formed first, upholding the laws of mankind that are supreme and above the laws of the constitution of any nation.

408. Plaintiff continued to say to Defendant that, from time immemorial, the natural inherent rights, statutes, privileges, authority and respect, which Plaintiff acquired from the commandments of law of nature and creation, in the origin of creation, based according to "first in existence, first natural inherent rights", since five billion years of creation of mankind, has exercised a profound influence on recognizing Plaintiff's natural inherent rights, statutes and privileges and authority over all men as Plaintiff was created first, and then other men. That is the reason, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated

that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

409. The cause of action arose to this court, United States District Court, the Western District of Texas, El Paso Division, when Defendant has caused notice and false driving ticket violation to be served upon Plaintiff that, constitutes a violation of Plaintiff's inherent rights, statutes and privileges and authority, under the commandments of law of nature and creation, over Plaintiff's natural inherent rights, statutes and privileges and authority. Defendant falsely gave Plaintiff a false traffic violation ticket, by making up stories about Plaintiff's driving, when Defendant wrote that Plaintiff, was driving at the speed that violated the requirement of the Texas Transportation Commission has posted. Enclosed please find the ticket. Plaintiff have written the true statement of the incident of what happened and nothing but the truth.

410. In reference to the violation of Plaintiff's inherent rights, statutes, privileges and authority, under the commandments of law of nature and creation. The Plaintiff, also, encountered another harassment, persecution and intimidation from El Paso I. S. D. Police Department, upon Plaintiff's quest to keep the rightful law, which Plaintiff must obey and fulfill on earth. This time, it is from woman Police officer of El Paso I. S. D. Police Department.

411. Back in fall of last year, Plaintiff was coming to Brown Middle School with Plaintiff's nephew and nice, again, in order to drop off Plaintiff's nephew to school in the morning. However, Plaintiff noticed that El Paso I. S. D Police Department has recently now hiring a female Police officer to control traffic in the Brown Middle school.

412. So, Plaintiff arranged to meet with the supervisor of El Paso I. S. D Police Department to inform him the reason why Plaintiff needed male Police officer to control the general public, instead of female Police Officer. Because using female Police Officer is affront to Plaintiff's rights, under the commandments of law of nature and creation.

413. Plaintiff quoted the law to the supervisor of El Paso I. S. D Police Department that stated; "But I permit not a women to teach, nor to have dominion or exercise authority over a man. Women must remain quiet in all times and places and circumstances". Plaintiff continued to tell the supervisor that, using female Police officer is affront to this law, and it constitutes a violation of Plaintiff's rights under the commandments of law of nature and creation.

414. Plaintiff believed that the supervisor of El Paso I. S. D Police Department contacted the woman Police Office about this new development issue. So, one morning Plaintiff was driving with nephew and nice to drop off Plaintiff's nephew to the Brown Middle School. Plaintiff safely entered the school premises and successfully dropped off Plaintiff's nephew into his classroom, as he is disabled child.

415. Upon Plaintiff returned to Plaintiff's car, the female Police Officer was behind Plaintiff car, with Police car flashing over Plaintiff car. Plaintiff asked after her inquiring if , " any thing the matter" ?. Then, she responded with anger and said to Plaintiff , "I have been notified that, you don't need women Police Officer to exercise control over you". She continued to said that, "Here in Texas we do what ever we want to do". Then she said to Plaintiff, "I will make sure that I put you in jail for this" and she made a quick phone call and said back to Plaintiff. "I will get a male police Officer to do this for me".

416. Plaintiff asked the women Police Officer, "Do you know that, I am the Head of all mankind. And that, you in your capacity you can't arrest me". Plaintiff continued to asked the woman Police Officer, "can you arrest the President of United States without any cause?". The women Police Officer said to Plaintiff, "well I may try and she laughed.

417. Hence, Plaintiff, told Defendant, the woman Police officer that, it is a violation of law to oppose Plaintiff, the first-man, the first-born of all creation, the creator's son, who is the natural and legal head of the human race. And, by putting Plaintiff behind bars in the police car, is tantamount to violation of police act, and a breach of Plaintiff's fundamental natural inherent rights, statutes, privileges, authority and respect.

418. Plaintiff, also, reminded Defendant that, under the police provision, the Police officer should obey the last order from superiors. And most importantly, from Plaintiff, the superior, who is the natural and legal head of the human race. Plaintiff, said to Defendant that, "it is a violation of law, for Defendant acting as if Defendant is not under any one authority, and Police Officer should not carry out disobedient to lawful superior orders.

419. And if Defendant defy the superior order from Plaintiff, hence, this has placed Defendant under the violation of the commandments of law of nature and creation, by coarsely threaten Plaintiff and forcing Plaintiff behind bars in the police car.

420. However, when the arresting male Police Officer arrived, he forcefully, and robustly with a threat, abducted Plaintiff and violently dragged Plaintiff into the back of the police car. They restrained Plaintiff with hand cuff for over 30 minutes in the back of the police car while both were making phone call. Meanwhile, Plaintiff's nice was running around in a circle crying, as he is disabled child too.

421. Both Police Officer tried to console her but she pushed them away. So, after a while in making phone call, they said to Plaintiff and Plaintiff's nice, you all can go now without giving Plaintiff a written statement of what Plaintiff has done. Plaintiff left without reporting it to the supervisor of El Paso I. S. D Police Department. Although, Plaintiff reported the incident to the White House, the President of the United States, Hon. Mr. Donald Trump, through his contact media.

# Count 1

COMES NOW, the Plaintiff and for count 1 of its cause of action against Defendant states and alleges the following, to wits:

422. Plaintiff repleads and realleges Paragraphs 1 through 482 of its petition, as if full set forth herein.

423. The commandments of law of nature and creation, which is known as natural law, was adopted in the Amendments to the United States Constitution. The Amendments are now know as the Bill of Rights and were adopted and ratified in 1789 thus becoming a part of United States Constitution.

424. The Bill of Rights in connection with United States Constitution are expressing that the Creator (God) of mankind, in creating the universe, implanted a body of "rights" and "law" to which all human beings are subject, which is superior to all countries constitutions. These "rights" and "law" which the Creator (God) accorded to all human beings are contained and protected within the Bill of Rights. The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution. The Bill of Rights recognized and enumerated various natural rights which the Plaintiff had since five billion years ago during the creation of origin of mankind.

425. Defendant caused engaging in a violation of law that violated Plaintiff's natural right, under the commandments of law of nature and creation as well as the Ninth Amendment to the United Stated Constitution, both laws protected those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights.

426. Defendant caused engaging in a violation of law of the Bill of Rights, that are in connection with United States Constitution, which are expressing that the Creator (God) of mankind, in creating the universe, implanted a body of law to which all human beings are subject, which is superior to all countries constitutions, as the "rights" contained within the Bill of Rights are recognized.

427. Defendant caused engaging in a violation of law of the Bill of Rights which enumerated various natural rights, which Plaintiff had since five billion years ago, during the creation of origin of mankind, which are protected within the Bill of Rights. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

428. Defendant caused engaging in a violation of law of the Ninth Amendment that protected those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights.

429. Defendant caused engaging in a violation of law that stated, " I do not permit Defendant to assume authority or speak or pass judgment over Plaintiff, as Plaintiff was created first, then Defendants.

430. Defendant caused engaging in a violation of law that, disrespect Plaintiff's "Office of Christ" and the "Head of all mankind", that was accorded to Plaintiff, during the origin of creation of mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

431. Defendant caused engaging in a violation of the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God) by changing of the law that, would diminished Plaintiff's designed maximum lifespan of regular life of 1000yrs on earth, that was planned by the Creator (God), as a purpose, for which "peace" was designed for mankind to the world.

432. Defendant caused engaging in a violation of Creator's (God's) authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created, first inherent rights".

433. Defendant caused engaging in a violation of the law, that stated, " the head of every man is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ. And the head of the woman is Plaintiff, the Man, the first-man, the first-man of all creation, the creator's son, the Christ and the head of Plaintiff, the first-man, is the Creator (God), which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

434. Defendant caused engaging in a violation of the law that, imposes restrictions on the authority of other men over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment

to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

435. Defendant caused engaging in a violation of law that continuing to oppose Plaintiff, the first-man, the first-born of all creation, the creator's son, who is the natural and legal head of the human race ,by putting Plaintiff behind bars in the police car, which is a violation of police act and a breach of Plaintiff's fundamental natural inherent rights, statutes, privileges, authority and respect.

436. Plaintiff further caused engaging in a violation of law that continuing coarsely, threatening, forcing to place Plaintiff under arrest.

WHEREFORE, Plaintiff prays judgment under count 1 of its petition for an order permanently injunction restraining and enjoining:

(1)  Defendant continuing from depriving Plaintiff from the commandments of law of nature and creation, which is known as natural law, that was adopted in the Amendments to the United States Constitution.

(2) Defendant continuing from depriving Plaintiff from enjoying the Amendments which are now known as the Bill of Rights and were adopted and ratified in 1789 thus becoming a part of United States Constitution in order to protect Plaintiff's inherent rights, statutes and privileges and authority.

(3) Defendant continuing from depriving Plaintiff from enjoying the Bill of Rights in connection with United States Constitution, which expresses that the Creator (God) of mankind, in creating the universe, implanted a body of "rights" and "law" to which all human beings are subject, which is superior to all countries constitutions.

(4) Defendant continuing from depriving Plaintiff from enjoying these "rights" and "law" which the Creator (God) accorded all human beings which are contained and protected within the Bill of Rights.

(5) Defendant continuing from depriving Plaintiff from enjoying the Ninth Amendment to the Constitution, which addresses Plaintiff's inherent rights, statutes and privileges and authority, are to be retained.  This corresponded to what the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(6) Defendant continuing from depriving Plaintiff from enjoying the Bill of Rights, the amendments to the United States Constitution, that recognized and enumerated various

natural rights which Plaintiff had since five billion years ago during the creation of origin of mankind.

(7) Defendant continuing from depriving Plaintiff from enjoying the Ninth Amendment that protected those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights.

(8) Defendant from continuing in a violation of law that stated, " I do not permit Defendant to assume authority or speak or pass judgment over Plaintiff, as Plaintiff was created first, then Defendants.

(9) Defendant from continuing in a violation of law that, disrespect Plaintiff's rights, as the "Office of Christ" and the "Head of all mankind", that was accorded to Plaintiff, during the origin of creation of mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(10) Defendant from continuing in a violation of the law of creation, "first created, first inherent right", the built-in-creation law of the Creator (God) by changing of the law that would diminished Plaintiff's designed maximum lifespan of regular life of 1000yrs on earth, that was planned by the Creator (God), as a purpose, for which "peace" was designed for mankind to the world.

(11) Defendant from continuing serving false violation notice to Plaintiff, that said that, Plaintiff is driving at a speed greater the speed of the driver next to Plaintiff's right.

(12) Defendant from continuing harassment, persecution and intimidation of Plaintiff's right;

(13) Defendant from continuing coarsely, threatening, forcing to place Plaintiff under arrest.

(14) Unless and until Defendant and the El Paso I. S. D Police Department, and El Paso Police Department, cease and desist in turning Plaintiff into an object of ridicule.

(15) Unless and until Defendant and the El Paso I. S. D Police Department, and El Paso Police Department, cease and desist of any policing action over serving Plaintiff any further violation of traffic ticket.

(16) Unless and until Defendant cease and desist all further violation of Plaintiff's natural inherent rights, statutes and privileges and authority under the commandments of law of nature and creation, which the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained.   This

corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution",

(17) Unless and until Plaintiff obtains two billions dollars, [$2,000,000,000,000.00], in collateral damage. Defendant will leave Plaintiff no other alternative but to pursue all available legal remedies.

## Count 2

COMES NOW, Plaintiff and for count 2 of its cause of action against Defendants states and alleges the following, to wit:

437. Plaintiff repleads and realleges paragraphs 1 through 482 of its petition as if full set forth herein.

438. Plaintiff, Paul Benjamin C. Ayika, is the first-man of all creation and under the commandments of law of nature and creation, Plaintiff is clearly known as "Christ". The title of Christ is a description of the first-created entity at a time of creation of human beings. Meaning "first created" over all creation in relation to human creation. Hence, the Plaintiff is called "Christ" as Plaintiff was the first-born over all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

439. The word "Christ" is a title given to "the first-born of all creation". Plaintiff, the first-man, enjoyed priority of inherent rights, statutes and privileges and authority over all creatures of the Creator (God) as first-born. Hence, the commandments law of nature and creation stated that, "I do not permit other men to assume authority over Plaintiff, the first-man of all creation, as Plaintiff, the first-man of all creation, was created first". Hence, Plaintiff, the first-man of all creation, is above every other men. Likewise, Plaintiff, the first-born of all creation, and other men are above every woman, and the Creator (God) is above Plaintiff, the first-born of all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

440. In order words, Plaintiff inherited the first-born privileges, in respect of inherent rights, statutes and privileges and authority, as Plaintiff is the first in creation. For this

reason, the commandments of law of nature and creation, limit Defendants and other men from all authorities over Plaintiff, the first-man of all creation. Also, the commandments of law of nature and creation stated that, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve".  For this reason, the commandments of law of nature and creation, limit women from all authorities over Plaintiff, the first-man of all creation. Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

441. This commandments of law of nature and creation imposes restriction on the authority of Defendants and any man on earth over Plaintiff, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.  These restrictions are permanent in all times and places and circumstances, as Plaintiff is the First-man of all creation and can do anything that pleases him, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

442. The commandments of law of nature and creation, limit other men from all authority over Plaintiff, the first-man of all creation, and Defendant, and other men, must learn to live in quietness and full submissive from all activities that Defendant and other men, are to carry out over Plaintiff, the first-men of all creation, as Plaintiff, the first-man of all creation, was formed first, and then Defendant and the other men. This corresponded to what the commandments of law of nature and creation, which in this regard stated that, "I do not permit other men to assume authority over Plaintiff, the first-man of all creation", which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

443. The orderly creation of mankind, or the position in the creation of mankind, that leads to the rules of law of nature and creation, whereby certain rights and statutes are legally recognized based according to "first come, first inheritance right" basis. The commandments of law of nature and creation stated that, " I do not permit other men to assume authority over Plaintiff, the first-man of all creation, as Plaintiff was created first, and can do anything that pleases him. Hence, Plaintiff, the first-man of all creation, is above every other men, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This

corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

444. Likewise, Plaintiff, the first-born of all creation, and other men are above every woman, and the Creator (God) is above Plaintiff, the first-born of all creation. The commandments of law of nature and creation limit women from all authorities over Plaintiff, the first-man of all creation, and men; and women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man of all creation, and men. These restrictions are permanent, in all times and places and circumstances as man was formed first, then women, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

445. Generally, the commandments of law of nature and creation stated that, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man of all creation. Likewise the law stated that, "no inheritance taken by other men can be above the inheritance taken by the inheritance of plaintiff, the first-man of all creation. Hence, this corresponded of Plaintiff, first-born of all creation, having primogeniture inheritance right to inherit the entire earth. In the reason of law, Plaintiff, the first-man of all creation, inherited the first-born privileges as Plaintiff is the first in creation as a blessing from the Creator (God), which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

446. More importantly, in accordance with the commandments of law of nature and creation, which stated that, the laws do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man of all creation, since, Plaintiff, the first-man of all creation, is above all men and their laws. In order words, Plaintiff, the first-men of all creation, is above any the law that is made by other men in the world, however, Plaintiff, the first-man of all creation is <u>not</u> above any law that is made by the Creator (God), as the Creator (God) is above Plaintiff, the first-born of all creation.

447. Defendant caused engaging in a violation of law, under the commandments of law of nature and creation that stated, " I do not permit other men to assume authority over Plaintiff, the first-man of all creation, as Plaintiff, the first-man of all creation, was created first, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth

Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

448. Defendant caused engaging in a violation of law, under the commandments of law of nature and creation that stated, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve".  For this reason, the commandments of law of nature and creation, limit women from all authorities over Plaintiff, the first-man of all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

449. Defendant caused engaging in a violation of law, that continuing having Police Officer of El Paso I. S. D Police Department to control Plaintiff in a public that is affront to the commandments of law of nature and creation that stated, " other men must learn to live in quietness and full submissive from all activities that other men are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.   These restrictions are permanent, in all times and places and circumstances".

450. Defendant caused engaging in a violation of law that Continuing  recruiting, hiring female Police Officer of El Paso I. S. D Police Department to control Plaintiff in a public that is affront to the commandments of law of nature and creation that stated, "women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him which, the Ninth Amendment to the United States Constitution, that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

451. Defendant caused engaging in a violation of law, that continuing with great negligence and reckless disregard that,  Plaintiff is holding a Public Office of the Creator (God) as the Head of the States of the world and Scared Office of Christ, the one and only priest of the Creator (God), which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

452. Defendant caused engaging in a violation of law, that continuing, forcefully, robustly, violently, coarsely threaten and force the Plaintiff behind bars in the police car, without committing any offense.

453. Defendant caused engaging in a violation of law, that continuing, placing, subjecting Plaintiff under object of ridicule.

454. Defendant caused engaging in a violation of law, that continuing engaging in a violation of law, that are affront to the commandments of law of nature and creation, that stated: "Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him. This law of nature and creation imposes restriction on the authority of any man on earth over Plaintiff, and these restrictions are permanent in all times and places and circumstances as Plaintiff is the First-man of all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

455. Defendant caused engaging in a violation of the law, that stated, "I do not permit other men to assume authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first", , which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

456. Defendant caused engaging in a violation of the law, that stated, "I do not permit women to assume authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first", and other men,, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

457. Defendant caused engaging in a violation of the law, that, limit women from all authorities over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and other men. Because, women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and other men. These restrictions are permanent, in all times and places and circumstances as Plaintiff, the first-man, was

formed first, then women, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

458. Defendant caused engaging in a violation of the law, that stated, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man, the first-man of all creation", the Creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

459. Defendant caused engaging in a violation of the law, that stated, "I do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

460. Defendant caused engaging in a violation of the law, that stated, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above all men and their laws", as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

461. Defendant caused engaging in a violation of the law, that tricked Plaintiff over Plaintiff's creation's right, into giving other men and women equal right, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

462. Defendant caused engaging in a violation of the law that continuing harassment, persecution and intimidation of Plaintiff's right of administration of "justice" on earth over all mankind, which, the Ninth Amendment to the United States Constitution

addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

463. Defendant caused engaging in a violation of the law that continuing harassment, persecution and intimidation of Plaintiff's right of having the official power to make legal decision and judgment to mankind. And the right to enforce obedience to the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God).

464. Defendant caused engaging in a violation of the law that continuing serving false violation notice to Plaintiff that said, Plaintiff is driving at a speed greater the speed of the driver next to Plaintiff's right.

WHEREFORE, Plaintiff prays judgment under count 2 of its petition for an order permanently injunction restraining and enjoining:

(1) Defendant from continuing engaging in a violation of law, under the commandments of law of nature and creation that stated, " I do not permit other men to assume authority over Plaintiff".

(2) Defendant from continuing from having Police Officer of El Paso I. S. D Police Department to control Plaintiff in a public that is affront to the commandments of law of nature and creation that stated, "other men must learn to live in quietness and full submissive from all activities that other men are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him. These restrictions are permanent, in all times and places and circumstances".

(3) Defendant from continuing from recruiting, hiring female Police Officer of El Paso I. S. D Police Department to control the plaintiff in a public that is affront to the commandments of law of nature and creation that stated, "women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

(4) Defendant from continuing from engaging with great negligence and reckless disregard, that Plaintiff is holding Public Office of the Creator (God) as the Head of the States of the world and Scared Office of Christ, the one and only priest of the Creator (God);

(5) Defendant from continuing from placing, subjecting Plaintiff under object of ridicule.

(6) Defendant from continuing from engaging in a violation of the law, that, limit women from all authorities over Plaintiff, the first-man, the first-man of all creation, the creator's

son, the Christ, and other men. Because, women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, and other men. These restrictions are permanent, in all times and places and circumstances as Plaintiff, the first-man, was formed first, then women, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(7) Defendant from continuing from engaging in a violation of the law, that stated, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man, the first-man of all creation", the Creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(8) Defendant from continuing from engaging in a violation of the law, that stated, "I do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(9) Defendant from continuing from  engaging in a violation of the law, that stated, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above all men and their laws",  as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(10) Defendant from continuing from  engaging in a violation of the law, that tricked Plaintiff over Plaintiff's creation's right, into giving other men and women equal right, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(11) Defendant from continuing from engaging in a violation of the law that continuing harassment, persecution and intimidation of Plaintiff's right of administration of "justice" on earth over all mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(12) Defendant from continuing from engaging in a violation of the law that continuing serving false violation notice to Plaintiff that said, Plaintiff is driving at a speed greater the speed of the driver next to Plaintiff's right.

(13) Defendant from continuing from engaging in a violation of law, that are affront to the commandments of law of nature and creation, that stated: "Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, as Defendant was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him;

(14) Defendant from continuing from engaging in a violation that is affront to the law of nature and creation that imposes restriction on the authority of any man on earth over Plaintiff, and these restrictions are permanent in all times and places and circumstances, as Plaintiff is the first-man, the first-man of all creation the creator's son, the Christ.

(15) Unless and until Defendant, the El Paso I. S. D Police Department, and El Paso Police Department, cease and desist of illegal defamation, slander and/ or libel that harming Plaintiff reputation, happiness and respect.

(16) Unless and until Defendant exempt Plaintiff from El Paso I. S. D. Policing services and El Paso Police Department Policing services, and all public traffic services, and obtains two billions dollars, [$2,000,000,000,000.00], in collateral damage. Defendant will leave Plaintiff no other alternative but to to pursue all available legal remedies.

465.  Unless restrained, Defendant will continuing engaging in a violation of law, under the commandments of law of nature and creation, the Ninth Amendment to the Constitution that addresses rights, retained by the people, that are not specifically enumerated in the Constitution, as well as, the Bill of Rights in connection with United States Constitution, upon the Plaintiff:

(1)  Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from enjoying priority of inherent rights, statutes and privileges and authority over all creatures as first-born, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

(2) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from inheriting the first-born privileges, in respect of authority, as Plaintiff is the first in creation.

(3) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from enjoying Plaintiff's natural right, under the commandments of law of nature, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(4) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the Bill of Rights, that are in connection with United States Constitution, which are expressing that the Creator (God) of mankind, in creating the universe, implanted a body of law to which all human beings are subject, which is superior to all countries constitutions, as the "rights" contained within the Bill of Rights are recognized.

(5) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the Bill of Rights which enumerated various natural rights, which Plaintiff had since five billion years ago, during the creation of origin of mankind, which are protected within the Bill of Rights. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(6) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the Ninth Amendment that protected those Plaintiff's natural rights implicitly in the original United States Constitution as well as explicitly in the Bill of Rights.

(7) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from law that stated, " I do not permit Defendant to assume authority or speak or pass judgment over Plaintiff, as Plaintiff was created first, then Defendants.

(8) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from Plaintiff's "Office of Christ" and the "Head of all mankind", that was accorded to Plaintiff, during the origin of creation of mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(9) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God) by changing of the law that, would diminished Plaintiff's designed maximum lifespan of regular life of 1000yrs on earth, that was planned by the Creator (God), as a purpose, for which "peace" was designed for mankind to the world.

(10) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from Creator's (God's) authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created, first inherent rights".

(11) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, " the head of every man is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ.

(12) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, the head of the woman is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(13) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law that, imposes restrictions on the authority of other men over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the

United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(14) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff as the natural and legal head of the human race ,by putting Plaintiff behind bars in the police car, which is a violation of police act and a breach of Plaintiff's fundamental natural inherent rights, statutes, privileges, authority and respect.

(15) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, " I do not permit other men to assume authority over Plaintiff, the first-man of all creation, as Plaintiff, the first-man of all

creation, was created first, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(16) Defendant will continuing, with great negligence and reckless disregard, and depriving  Plaintiff from the law, that stated, " I do not permit a woman to assume authority over a man for a Adam was formed first, and then Eve", which, limit women from all authorities over Plaintiff, the first-man of all creation. And , the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(17) Defendant will continuing, with great negligence and reckless disregard, having Police Officer of El Paso I. S. D Police Department to control Plaintiff in a public that is affront to the law, that stated, " other men must learn to live in quietness and full submissive from all activities that other men are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.   These restrictions are permanent, in all times and places and circumstances".

(18) Defendant will continuing, with great negligence and reckless disregard,  recruiting, hiring female Police Officer of El Paso I. S. D Police Department to control Plaintiff in a public that is affront to the law, that stated, "women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man of all creation, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him, which, the Ninth Amendment to the United States Constitution, that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(19) Defendant will continuing, with great negligence and reckless disregard, that Plaintiff is holding a Public Office of the Creator (God) as the Head of the States of the world and Scared Office of Christ, the one and only priest of the Creator (God), which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(20) Defendant will continuing, with great negligence and reckless disregard, continuing, forcefully, robustly, violently, coarsely threaten and force the Plaintiff behind bars in the police car, without committing any offense.

(21) Defendant will continuing, with great negligence and reckless disregard, continuing, placing, subjecting Plaintiff under object of ridicule.

(22) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated: "Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

(23) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law that, imposes restriction on the authority of any man on earth over Plaintiff, and these restrictions are permanent in all times and places and circumstances as Plaintiff is the First-man of all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(24) Defendant will continuing, with great negligence and reckless disregard, for depriving Plaintiff from the law, that stated, "I do not permit other men to assume authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(25) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "I do not permit women to assume authority

over Plaintiff, the first-man, and other men, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(26) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law that, limit women from all authorities over Plaintiff, the first-man, and other men, as women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man, and other men. These restrictions are permanent, in all times and places and circumstances as Plaintiff,

the first-man, was formed first, then women, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(27) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man, the first-man of all creation", the Creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(28) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "I do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. And, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(29) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above other men and their laws", as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. And, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(30) Defendant will continuing, with great negligence and reckless disregard, tricking Plaintiff over Plaintiff's creation's right, into giving other men and women equal right, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(31) Defendant will continuing, with great negligence and reckless disregard, harassment, persecution and intimidation of Plaintiff's right of administration of "justice" on earth over all mankind, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

(32) Defendant will continuing, with great negligence and reckless disregard, harassment, persecution and intimidation of Plaintiff's right of having the official power to make legal decision and judgment to mankind.

(33) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from the right to enforce obedience to the law of creation: "first created, first inherent right", the built-in-creation law of the Creator (God).

(34) Defendant will continuing, with great negligence and reckless disregard, serving false violation notice to Plaintiff that said, Plaintiff is driving at a speed greater the speed of the driver next to Plaintiff's right.

(35) Defendant will continuing, with great negligence and reckless disregard, bringing notice and false driving ticket violation to be served upon Plaintiff that constitutes a violation of Plaintiff's rights.

(36) Defendant will continuing, with great negligence and reckless disregard, harassment, persecution and intimidation of Plaintiff's right.

(37) Defendant will continuing, with great negligence and reckless disregard, coarsely, threatening, forcing to place Plaintiff under arrest.

(38) Defendant will continuing, with great negligence and reckless disregard, subjecting Plaintiff under object of ridicule.

(39) Defendant will continuing, with great negligence and reckless disregard for depriving Plaintiff from the law, that stated: "Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

(40) Defendant will continuing, with great negligence and reckless disregard, and depriving Plaintiff from enjoying the Amendments which are now known as the Bill of Rights and were adopted and ratified in 1789 thus becoming a part of United States Constitution which protect Plaintiff's inherent rights, statutes and privileges and authority.

(41) Defendant will continuing, with great negligence and reckless disregard, and depriving   Plaintiff from enjoying the "rights" and "law" which the Creator (God) accorded to all human beings which are contained and protected within the Bill of Rights.

(42) Defendant will continuing, with great negligence and reckless disregard, and depriving   Plaintiff from enjoying the Ninth Amendment to the Constitution, that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution" .

(43) Defendant will continuing, with great negligence and reckless disregard, and depriving   Plaintiff from   Plaintiff enjoying the Bill of Rights, the amendments to the United States Constitution, that recognized and enumerated various natural rights which Plaintiff had since five billion years ago during the creation of origin of mankind.

(44) Defendant will continuing, with great negligence and reckless disregard, and depriving   Plaintiff from enjoying the right to Happiness which was accorded to all citizen under the Amendment to the Constitution.

466.    Immediate and irreparable injury, loss and damage will result to Plaintiff as Defendant attempting misrepresenting and suppressing salient the commandments of law of nature and creation, the Ninth Amendment to the Constitution, that addresses that, the original existing rights of the people are to be retained, as well as, the Bill of Rights in connection with United States Constitution. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution"  Meaning, the Bill of Rights, the amendments to the United States Constitution recognized and enumerated various natural rights which Defendant had since five billion years ago during the creation of origin of mankind, under the commandment of rule of law of nature and creation. This is a rule of action and conduct prescribed by the Creator (God) and having binding legal force that must be obeyed and followed by all mankind. It is universal standards of commandments of law that apply to all mankind throughout all times. It is a law that holds mankind together, as a Creator's authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first to be created, first inherent rights".

---

Motion To File Notice of Claim To The Government Entities

---

467. NOW COME, Plaintiff Paul Benjamin Chuka Ayika,  Motion United States District Court for the Western District of Texas, El Paso Division, BEFORE THE COURT, Motion to file "Notice of Claim" to the government entities that need to receive this notice of claim over Plaintiff's rights and injury to Plaintiff's right.

**468.** Under Federal Rule of Civil Procedure, Notice of Claim, needs to be addressed and mailed to each of a single government agency that needs to receive Plaintiff's notice of claim and would show this court the following government entities.

**469.** In this petition, Plaintiff would show this court the following government entities:

(1)  Hon. Mr. Greg Abbott
        The Governor of Texas
        Office of the Governor
        1100 San Jacinto
        Austin, Texas 78701

(2) Hon. Mr. Joe Esparza
        The Deputy Sectary of State of Texas
        1019 Brazos Street
        Austin, Texas 78701

(3)  Texas Department of Public Safety
        Steven C. McCraw
        P. O. Box 4087
        Austin, Texas 78773

(4) El Paso I.S.D. Police Department
        Chief of Police
        Chief Victor Araiza
        6531 Boeing Dr.
        El Paso, Texas 79925

(5)  El Paso Police Department
        Chief of Police
        Chief Greg Allen
        911 N. Raynor
        El Paso, Texas 79903

(6) El Paso I.S.D. Police Department
        Police Officer
        Mr. C. Rodriquez
        6531 Boeing Dr.
        El Paso, Texas  799025

·'      ,        <u>Motion For Permanent Injunction</u>

**470.**      NOW COMES, Plaintiff, Motion, United States District Court, Western District of Texas,  pursuant to the Ninth Amendment to the United States Constitution that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution"

**471.**      Meaning, the Bill of Rights, the amendments to the United States Constitution recognized and enumerated various natural rights which Plaintiff had since five billion years ago during the creation of origin of mankind, under the commandment of rule of law of nature and creation.

**472.**      Plaintiff's inherent rights, statutes and privileges and authority acquired from the commandments of law of nature and creation can not be restrained by any law under government constitution, as the commandments of law of nature and creation was formed first five billion years ago after the creation of the earth. And characteristically, upholding the laws of mankind that are supreme and above the laws of the constitution of every state.

**473.**      Plaintiff is authorized and empowered to enforce the Ninth Amendment to the United States Constitution, the Bill of Rights in connection with United States Constitution, as well as, the commandments of law of nature and creation, including without limitation the right to sue for and obtain revoking, an injunction, prohibitive or mandatory, to prevent the breach of or to enforce the observance of the restrictions, and to obtain substantial monetary damages, therein set forth.

**474.**      Plaintiff, motion, United States District Court, Western District of Texas, El Paso Division, to grant a permanent Injunction in the above-entitled cause enjoining Defendant, and Defendant's agents, servants, employees and attorneys and those persons in active concert or participation from:

--  Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying the Amendments which are now known as the Bill of Rights and were adopted and ratified in 1789 thus becoming a part of United States Constitution which protect Plaintiff's inherent rights, statutes and privileges and authority.

--  Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying the "rights" and "law" which the Creator (God) accorded to all human beings which are contained and protected within the Bill of Rights.

-- Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying the Ninth Amendment to the Constitution, that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution"

-- Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying the Bill of Rights, the amendments to the United States Constitution, which recognized and enumerated various natural rights which Plaintiff had since five billion years ago during the creation of origin of mankind, under the commandment of rule of law of nature and creation.

-- Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying the Ninth Amendment to the Constitution that addresses that, Plaintiff's inherent rights to happiness are to be retained.

-- Continuing with great negligence and reckless disregard, and depriving Plaintiff from enjoying Plaintiff's inherent rights, statutes and privileges and authority over all human beings as the first-born, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

-- Continuing with great negligence and reckless disregard for engaging in a violation of law that continuing bringing Plaintiff notice and false driving ticket violation to be served upon Plaintiff that constitutes a violation of the Plaintiff's rights under the commandments of law of nature and creation.

-- Continuing with great negligence and reckless disregard for engaging in a violation of law that continuing harassment, persecution and intimidation of the Plaintiff's right.

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from Creator's (God's) authoritative rule or injunction on how mankind should behave in a particular circumstance, which is based according to "first created, first inherent rights".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, " the head of every man is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ.

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, the head of the woman is Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him, which, the Ninth Amendment to the United States Constitution, that addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, that Plaintiff is holding a Public Office of the Creator (God) as the Head of the States of the world and Scared Office of Christ, the one and only priest of the Creator (God), which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, continuing, forcefully, robustly, violently, coarsely threaten and force the Plaintiff behind bars in the police car, without committing any offense.

-- continuing, with great negligence and reckless disregard, continuing, placing, subjecting Plaintiff under object of ridicule.

-- continuing, with great negligence and reckless disregard, and depriving  Plaintiff from the law, that stated: "Plaintiff is far above all rule, authority, power, dominion, titles and offices hold by any man on earth, as Plaintiff was created first and has authority above all creatures of the Creator (God) and can do anything that pleases him.

-- continuing, with great negligence and reckless disregard, and depriving  Plaintiff from the law that, imposes restriction on the authority of any man on earth over Plaintiff, and these restrictions are permanent in all times and places and circumstances as Plaintiff is the First-man of all creation, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, for depriving  Plaintiff from the law, that stated, "I do not permit other men to assume authority over Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, as Plaintiff was created first, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "I do not permit women to assume authority over Plaintiff, the first-man, and other men, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law that, limit women from all authorities over Plaintiff, the first-man, and other men, as women must learn to live in quietness and full submissive from all activities that women are to carry out over Plaintiff, the first-man, and other men. These restrictions are permanent, in all times and places and circumstances as Plaintiff, the first-man, was formed first, then women, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "no title or office taken by other men can be above the title or office of Plaintiff, the first-man, the first-man of all creation", the Creator's son, the Christ, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, "I do not permit other men to assume or make any law, or pass a judgment, or moot the words or have a power of authority over Plaintiff, the first-man, the first-man of all creation, the Creator's son, the Christ, as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. And, which, the Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from the law, that stated, Plaintiff, the first-man, the first-man of all creation, the creator's son, the Christ, is above other men and their laws", as Plaintiff was created first during the origin of creation of mankind, hence, can do anything that pleases him. And, which, the Ninth Amendment to the United States Constitution addresses that, the original existing

rights of the people are to be retained. This corresponded to what the Ninth Amendment
to the United States Constitution Stated that: "The Ninth Amendment to the Constitution
addresses rights, retained by the people, that are not specifically enumerated in the
Constitution".

-- continuing, with great negligence and reckless disregard, tricking Plaintiff over
Plaintiff's creation's right, into giving other men and women equal right, which, the
Ninth Amendment to the United States Constitution addresses that, the original existing
rights of the people are to be retained. This corresponded to what the Ninth Amendment
to the United States Constitution Stated that: "The Ninth Amendment to the Constitution
addresses rights, retained by the people, that are not specifically enumerated in the
Constitution".

-- continuing, with great negligence and reckless disregard, harassment, persecution and
intimidation of Plaintiff's right of administration of "justice" on earth over all mankind,
which, the Ninth Amendment to the United States Constitution addresses that, the
original existing rights of the people are to be retained. This corresponded to what the
Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment
to the Constitution addresses rights, retained by the people, that are not specifically
enumerated in the Constitution".

-- continuing, with great negligence and reckless disregard, harassment, persecution and
intimidation of Plaintiff's right of having the official power to make legal decision and
judgment to mankind.

-- continuing, with great negligence and reckless disregard, and depriving Plaintiff from
the right to enforce obedience to the law of creation: "first created, first inherent right",
the built-in-creation law of the Creator (God).

-- continuing, with great negligence and reckless disregard, serving false violation notice
to Plaintiff that said, Plaintiff is driving at a speed greater the speed of the driver next to
Plaintiff's right.

-continuing, with great negligence and reckless disregard, bringing notice and false
driving ticket violation to be served upon Plaintiff that constitutes a violation of
Plaintiff's rights.

-- continuing, with great negligence and reckless disregard, harassment, persecution and
intimidation of Plaintiff's right.

-- continuing, with great negligence and reckless disregard coarsely, threatening, forcing
to place Plaintiff under arrest.

-- continuing, with great negligence and reckless disregard, opposing Plaintiff, the first-
born of all creation, the creator's son, who is the natural and legal head of the human

race, by putting Plaintiff behind bars in the police car, which is a violation of police act and a breach of Plaintiff's fundamental natural inherent rights, statutes, privileges, authority and respect. .

475. Plaintiff prays judgment under motion for permanent injunction of its petition for an order permanently injunction restraining and enjoining Defendant from continuing depriving Plaintiff from enjoying plaintiff's inherent rights, statutes and privileges and authority over all creatures as the first-born.

476. Plaintiff prays judgment under motion for permanent injunction of its petition for an order permanently injunction restraining and enjoining Defendant from continuing depriving Plaintiff from inheriting the first-born privileges, in respect of authority, as Plaintiff is the first in creation.

477. Plaintiff prays judgment under motion for permanent injunction of its petition for an order permanently injunction restraining and enjoining Defendant from continuing engaging in a violation of law that continuing bringing Plaintiff notice and false driving ticket violation to be served upon Plaintiff that constitutes a violation of the Plaintiff's rights, which, the Ninth Amendment to the Constitution that addresses Plaintiff's inherent rights, statutes and privileges and authority, are be retained.

478. Plaintiff prays judgment under motion for permanent injunction of its petition for an order permanently injunction restraining and enjoining Defendant from continuing engaging in a violation of law that continuing harassment, persecution and intimidation of the Plaintiff's right.

479. Plaintiff prays judgment under motion for permanent injunction of its petition for an order permanently injunction restraining and enjoining Defendant from continuing forcing to place Plaintiff under arrest.

480. Immediate and irreparable injury, loss, and damage will result to the Plaintiff by the reason of the threatened action of Defendant in continuing harassment, persecution and intimidation of the Plaintiff's right.

481. Plaintiff has no adequate remedy of the commandments of law of nature and creation, the Ninth Amendment to the Constitution that addresses rights, retained by the people, that are not specifically enumerated in the Constitution, as well as, the Bill of Rights in connection with United States Constitution. The commandment of law of nature and creation is a universal and legal law system of mankind that are supreme and above the laws of the constitution of every state, a law that holds mankind together. The Ninth Amendment to the United States Constitution addresses that, the original existing rights of the people are to be retained. This corresponded to what the Ninth Amendment to the United States Constitution Stated that: "The Ninth Amendment to the Constitution

addresses rights, retained by the people, that are not specifically enumerated in the Constitution".

482.   Wherefore, Plaintiff hereby request the court to  issue a permanent injunction.

SIGNED this 9th day of  September, 2019.

> PAUL BENJAMIN CHUKA AYIKA, S.P.
> Office of the First-man of all creation
>
> Paul Benjamin Chuka Ayika,
> 7216 Desert Jewel Street
> El Paso, Texas 79912
> United States of America
> Telephone: (915) 833-9480
> Cell Phone: (915) 282- 3993
>
> Paulayika@secondcomingofChristministry.com

### CERTIFICATE OF  SERVICE

Plaintiff do here certify that a true and correct copy of the foregoing Plaintiff's petition is filled to the United States District Court, Western District of Texas, El Paso Division, 511 East San Antonio, El Paso, Texas 79901.  Plaintiff's notice of claim has been addressed and mailed on this 9th day of September, 20019, to each of a single government agency that needs to receive this notice of claim. Plaintiff's Notice Of Claim has been sent to the following government entities by certified mailed. (1) Hon. Mr. Greg Abbott, the Governor of Texas, Office of the Governor, 1100 San Jacinto, Austin, Texas 78701 (2) Hon. Mr. Joe Esparza, the Deputy Sectary of State of Texas, 1019 Brazos Street, Austin, Texas 78701 (3) Hon. Mr. Steven C. McCraw, the Texas Department of Public safety, P.O. Box 4087, Austin, Texas 78773 (4) Hon. Mr. Chief Victor Araiza, the Chief of Police, El Paso I.S.D. Police Department, 6531 Boeing Dr., El Paso, Texas 79912 (5) Hon. Mr. Chief Greg Allen, the Chief of Police, El Paso Police Department, 911 N. Raynor, El Paso, Texas 79912 (6) Mr. C. Rodriquez, Police Officer, 6531 Boeing Dr., El Paso, Texas 79925.

Paul B. Ayika

# EXHIBIT # 1

# Archdiocesan Secretariat

Telephone : 310

Your Ref..................................... ....

Our Ref /.................................. ..........
(All replies to be addressed to the Secretary)



P. O. BOX 411,
ONITSHA.
EAST CENTRAL STATE,
NIGERIA.

28th June, 1976.

## TESTIMONIAL
### TO WHOM IT MAY CONCERN

I have known Paul B. Ayika for over two years, during which period, being very closely associated with me he has impressed me very wonderfully.

Paul has in him characteristcs that present him a very promising man in future. He is very intelligent, simple, friendly and very honest.

I do not therefore hesitate to recommend him to you as one who will live up to expectations very satisfactorily.

Thanking you, I wish you God's blessing.

Sincerely Yours in Christ,

Michael O. Uzuegbunam (Rev.Fr.)

MCU/Sam

# EXHIBIT  # 2

**EL PASO I.S.D.**
**POLICE DEPARTMENT**
# CITATION

MOVING ☑   PARKING ☐   WARNING ☐

X ~~~~~

DEFENDANT'S SIGNATURE
Signing the citation is NOT an admission of guilt. I agree to answer this citation by appearing at the below Justice of the Peace Court within 10 working days.

JP-1 ☑   JP-2 ☐   JP-3 ☐   JP-4 ☐   JP-5 ☐   JP-6 ☐   JP-7 ☐
SEE BACK OF CITATION FOR JP ADDRESS INFORMATION

| OFFICER | C. Rodriguez | | | | | | | ID | 1368 | DIV |
|---|---|---|---|---|---|---|---|---|---|---|

| DATE | 1 | 0 | 2 | 4 | 1 | 8 | | **No. 53039** |
|---|---|---|---|---|---|---|---|---|

| FIRST NAME | P | a | u | l | | | | | | | | MI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| LAST NAME | A | Y | I | K | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| SEX M | STREET ADDRESS | 7216 Desert Laurel |
|---|---|---|

| CITY | El Paso | | STATE | | ZIP |
|---|---|---|---|---|---|

| TEL. NO. | — | NAME OF SCHOOL & RESIDENCY | N/A |
|---|---|---|---|

| EMPLOYER'S ADDRESS | — |
|---|---|

| PARENT GUARDIAN | N/A |
|---|---|

| ADDRESS | N/A |
|---|---|

| DL NO. | 3 | 3 | 9 | 9 | 4 | 7 | 7 | 2 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| STATE | TX | | D.O.B. | 0 | 1 | 0 | 1 | 1 | 9 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VEH. REGIS. | GDC5254 | STATE | TX | REGIS. YEAR | 2019 |
|---|---|---|---|---|---|

| YR./MODEL | 2004 | MAKE | Nissan | MODEL | Pathfinder | COLOR | White |
|---|---|---|---|---|---|---|---|

| LOCATION | 30 Redler | | DIRECTION | S |
|---|---|---|---|---|

| NEAREST CAL./HWY. | | WEATHER | Clear |
|---|---|---|---|

| VIOLATION #1 | Disregard traffic control device |
|---|---|
| VIOLATION #2 | #/ |
| VIOLATION #3 | |
| VIOLATION #4 | |

| SEARCH | Y  N | CONSENT | Y  N | RACE/ ETHNIC | B |
|---|---|---|---|---|---|
| ACC. | Y  N | TIME | | AM **1515** PM |

# EXHIBIT # 3

AFFIDAVIT OF RETURN:

I, PAUL BENJAMIN OTUKA AYIKA, a native of Enugu-Ukwu in Anambra State of Nigeria, now residing at No. 56, Oguta Road, Onitsha, a citizen of the Federal Republic of Nigeria, do hereby make a solemn Oath and declare as follows:-

1. That I am the First Son of Mr. and Mrs. D.O.C. Ayika (the head of Ayika's family in Orofia Village, Enugu-Ukwu) in Anambra State.

2. That by Custom and tradition I shall assume the Office of my father in the event of his passing away.

3. That our Custom requires me as the first born to be always around my father for proper hand over of all the family's right and rituals.

4. That I am proceeding to United States of America (U.S.A.) to study 'Business Administration'.

5. That I must return to my Country, Nigeria, from the United States of America on successful completion of my course.

5. AND THAT I make this solemn declaration sincerely and conscientiously believing same to be true and correct by virtue of the Provisions of the Oaths Act of 1963.

DECLARANT:

Sworn to at the Chief Magistrate's Court Registry, Onitsha, this _____ day of July, 1976.

BEFORE ME:-

D. C. IKEJIORA
COMMISSIONER FOR OATHS: